## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| **Caron Nazario** | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00169 |
| | ) | |
| **Joe Gutierrez** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **Daniel Crocker,** | ) | |
| *Defendants*. | ) | |

## COMPLAINT EXHIBITS 1 to 5

Exhibits 1 to 5 of the Plaintiff's Complaint consist of the following videos that will be on file in the Clerk's office, filed on a single DVD.

**Exhibit 1 -** 20201205_183646[1].mp4 - Nazario Phone- Video approximately 33:11 in length.



**Exhibit 2 -** 20201205_190959 - Nazario Phone– Video approximately 10:11 in length.



**Exhibit 3** - Gutierrez BWC – Video approximately 06:41 in length.



**Exhibit 4 -** Crocker 1 - Axon_Body_3_Video_2020-12-05_1834 – Video approximately 22:08 in length.



**Exhibit 5 -** Crocker 2 - Axon_Body_3_Video_2020-12-05_1902 – Video approximately 9:41 in length.

