# INCIDENT/INVESTIGATION
## INTERNAL COPY

| Agency Name | Windsor Police Department |
|---|---|
| ORI | VA0460200 |
| Location of Incident | 1 E WINDSOR BLVD, Windsor VA 23487 |
| Gang Relat | BWC |
| Premise Type | Service•gas Station |
| Zone/Tract | |

Case# 2020-00188
Date / Time Reported: 12/05/2020 18:45 Sat
Last Known Secure: 12/05/2020 18:34 Sat
At Found: 12/05/2020 20:05 Sat

**INCIDENT DATA**

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| 1 | Obstructing Justice With Threats / Force  13C8 | (Com) | | | | | |
| 2 | Pursuit  99A16 | (Com) | | | | | |
| 3 | Crime Incident | ( ) | | | | | |

**MO**

**VICTIM**

# of Victims: 2    Type: SOCIETY / PUBLIC    Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | Commonwealth Of Virginia | 2 | | | | | | |

Home Address | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

Type: LAW ENFORCEMENT    Injury: None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | CROCKER, D OFC | 1, | Age 24 | | | 1ST | | |

Home Address: 56 E WINDSOR BLVD WINDSOR, VA 23487    Home Phone
Employer Name/Address | Business Phone | Mobile Phone

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address | Home Phone
Employer Name/Address | Business Phone | Mobile Phone

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | AUT | 1 | $0.00 | | 1 | 2020 BLK, ZGK3566 NY | CHEV Tahoe | 1GNSKAKC2LR195560 |

Officer/ID#: CROCKER, D. A. (WP0035)
Invest ID#: (0)
Supervisor: RIDDLE, R. D. (WP0016)

**Status**
Complainant Signature | Case Status: Pending-open    12/05/2020 | Case Disposition: Not Applicable | Page 1

## INCIDENT/INVESTIGATION REPORT

*Windsor Police Department*

Case # *2020-00188*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen  8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated: *None*

### NARRATIVE

On December 5, 2020 at 1834 hours Officers attempted traffic stop utilizing blue lights and sirens on a Black Chevrolet SUV with no tags displayed in the 80 block of E. Windsor Blvd. The vehicle continued to travel westbound on Windsor Blvd, at a low rate of speed in the outside lane, blue lights and sirens were still activated. The vehicle made a lane change in the 12 block of E. Windsor Blvd., and finally came to stop at 1 E. Windsor Blvd. A high risk stop was conducted. Driver would not comply with verbal command to turn the vehicle off and place his hands outside the vehicle. Driver put hands outside the window. Upon approach of the vehicle, driver was still failing to comply to get out of the vehicle. When officer attempted to unlock and open the drivers door, the driver hit the officers hand away. The driver still refused to comply to get out of the vehicle at which time the driver was OC sprayed. The driver then stepped out of the vehicle, however refused to comply and lay on the ground. After a short struggle officers gained control and was able to get the driver detained. Medics were requested and arrived to check the driver out. At this point the driver was identified by his VA operator's licenses as CARON NAZARIO. Driver was assessed by medics and stated they were no longer needed. NAZARIO was coached on how to overcome OC spray and he regained his vision and could read at distance. NAZARIO was then released.