## Windsor Police Department
USE OF FORCE REPORT

**Narrative Instructions**

The narrative should reflect the incident as a chronological account of facts and relevant events that occurred and resulted in the use of force. If additional details and or space are required, attach the additional information as an attachment to this form. Attachments are to be titled "Use of Force Attachment for Case # ", with the reporting officer's name and date of the report.
*(can type below, or copy and paste narrative in box below or attach to this form)*

On Saturday, December 5th, 2020 at 1834 hours I heard Officer Crocker call out a traffic stop at 11400 Windsor Blvd. As I was heading towards him from 20 W. Windsor Blvd. I heard Crocker state the vehicle was not stopping, continuing west bound on Windsor Blvd. I turned around at E. Windsor Blvd. and Shirley Dr. getting in behind Crocker with lights and sirens activated. The vehicle maintained a very low speed. The vehicle stopped at 1 E. Windsor Blvd. Based on the fact that the vehicle had no tag displayed, the driver took so long to stop and the extremely dark window tint it was decided to conduct a high risk traffic stop. The occupant, later identified as CARON NAZARIO, was told approximately 6 times to show his hands and he refused. NAZARIO was told approximately 20 times to exit the vehicle by Crocker and myself. NAZARIO stated he was serving his country and should not be treated this way. I told NAZARIO that I too had served this country and I learned to obey orders. NAZARIO now had both hands in plain sight so I kept Crocker on lethal force and I transitioned to my Taser. NAZARIO continued to refuse to comply and exit the vehicle. I attempted to go hands on with NAZARIO and he pulled away from me and continued to refuse to comply. Crocker attempted to reach in and unlock the vehicle and NAZARIO slapped his hand away. I transitioned to my pepper spray and again gave multiple commands to NAZARIO to exit the vehicle. Crocker again tried to talk NAZARIO out ot the vehicle and he refused. I then deployed pepper spray however NAZARIO was able to block my first attempt with his left hand. I sprayed a second time and NAZARIO turned away and I sprayed the side of his head and neck. My third spray was to his face. After being sprayed NAZARIO continued to refuse to comply with orders to exit his vehicle. I was able to reach in and unlock and open the door. NAZARIO had his hands up but was not complying with commands to unbuckle his seatbelt and exit the vehicle. NAZARIO eventually removed his seatbelt and was told to exit the vehicle and get on the ground multiple times. NAZARIO exited the vehicle and refused to get on the ground as instructed. NAZARIO stiffened his upper body and refused to get on the ground. I delivered 2 knee strikes to his right thigh in an attempt to gain control and take him to the ground and this did not work. Once at the rear of the vehicle NAZARIO went down to one knee however continued to resist. NAZARIO put his other knee on the ground and both hands but was not complying with orders to lay flat. During the struggle with NAZARIO my body worn camera was compressed between us and stopped recording. I had ahold of the middle of his shirt with my left hand and with my right hand I was trying to get his right arm behind his back and was unsuccessful. NAZARIO eventually complied and we were able to get NAZARIO on the ground and handcuffed. NAZARIO was immediately rolled up into a seated position and then helped up to his feet. Crocker asked NAZARIO if he had any weapons on him and he said no. Crocker then asked NAZARIO if there were any weapons in the vehicle and he said yes. Crocker recovered a loaded 9mm semiautomatic pistol from the center console of the vehicle. NAZARIO was provided water and care until the arrival of medics. NAZARIO was treated by medics. NAZARIO was concerned for his dog that was in a kennel in the rear of the vehicle so Crocker opened the windows and tailgate to allow airflow through the vehicle. NAZARIO stated the handcuffs were hurting his right wrist so we adjusted that cuff. Chief Riddle arrived on scene and was briefed as to what transpired

**EXHIBIT 10**