

Exhibit 12