

# WINDSOR POLICE DEPARTMENT
CASE FILE COVER PAGE AND INVENTORY

**12-05-2020**
INCIDENT DATE

**2020-00188**
INCIDENT NUMBER

*PLEASE INDICATE BY EACH DEFENDANT(S) NAME WITH EITHER (A) FOR ADULT OR (J) FOR JUVENILE*

| DEFENDANT(S) NAME | CHARGE(S) |
|---|---|
| **NAZARIO, CARON RENE** | 18.2-460 Obstruction of Justice w/ Force(M) |
| | 46.2-817 Eluding Police(M) |

Officer D. Crocker
INVESTIGATOR

1 E. Windsor Blvd.
LOCATION OF OFFENSE

Chief R.D. Riddle
REVIEWING SUPERVISOR

| ATTACHED | NOT NEEDED | NEEDED | # OF PAGES | ITEMS | ATTACHED | NOT NEEDED | NEEDED | # OF PAGES | ITEMS |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | CRIMINAL INCIDENT REPORT | | X | | | SEARCH WARRANT & AFFIDAVIT |
| X | | | | INVESTIGATORS NARRATIVE | | X | | | CONSENT SEARCH FORM |
| | X | | | WARRANT OR PETITION OF ARREST | | X | | | PHYSICAL EVIDENCE LIST |
| X | | | | WITNESS TESTIMONY | | X | | | PROPERTY AND EVIDENCE FORMS: |
| | X | | | WITNESS WRITTEN STATEMENT | | X | | | LAB REQUEST FOR EXAM (RFLE) |
| X | | | | VIDEO STATEMENT OF ACCUSED | | X | | | LAB REPORT |
| | X | | | RIGHTS FORM | | X | | | IMPOUND / VEHICLE TOW SHEET |
| X | | | | WITNESS LIST: (NAME, ADDRESS, PHONE) | | X | | | SEIZURE PAPERWORK |
| | X | | | PHOTOGRAPHS & MUG SHOTS | X | | | | EVIDENCE ATTACHMENTS: |
| | X | | | CRIME SCENE SKETCH | | X | | | EMS PATIENT CARE/TRIP REPORT – MEDICAL INFO. |

DATE ACCUSED TRIED:

ACCUSED TRIED IN: ☐ Circuit Court Part ☐ General District Court ☐ Juvenile Domestic Relations District Court

ACCUSED TRIED AND FOUND ☐ Guilty ☐ Not Guilty ☐ Dismissed ☐ Not Prosecuted *(Include reason in Final Disposition)*

FINAL COURT DISPOSITION:

Updated 12/01/08

WPD Form - 100

**EXHIBIT 13**