**REQUEST FOR WITNESS SUBPOENA**
Commonwealth of Virginia

VA. CODE §§ 8.01-407, 16.1-265, 17.1-617, 19.2-267
Rules 3A:12, 7A:12, 8:13

Isle of Wight
CITY OR COUNTY

**(PLEASE PRINT)**

[X] GENERAL DISTRICT COURT ( [ ] Civil [X] Criminal [ ] Traffic)
[ ] JUVENILE AND DOMESTIC RELATIONS DISTRICT COURT

Please subpoena the witnesses below to appear before the Court on the date shown. (See Va. Code § 17.1-617 regarding limitation on compensation of subpoenaed witnesses.) Requests for subpoenas for witnesses should be filed at least ten days prior to trial or hearing.

WITNESSES (IF MAILING ADDRESS IS RFD, P.O. BOX, ETC., PLEASE INDICATE LOCATION WHERE WITNESSES CAN BE FOUND.)

---

**CASE NO.** 2020-00188

**REQUEST FOR WITNESS SUBPOENA**

[X] Commonwealth of Virginia
[ ] CITY [ ] COUNTY [X] TOWN of Windsor, VA

NAME OF PLAINTIFF(S)/PETITIONER(S) (LAST, FIRST, MIDDLE)
(IN CIVIL CASES ONLY)

v. / In re

NAZARIO, CARON RENE
NAME OF DEFENDANT/CHILD (LAST, FIRST, MIDDLE)
LIST ONLY ONE DEFENDANT

Charge: 18.2-460 Obstruction of Justice w/ Force
(TRAFFIC OR CRIMINAL CASE)

**COURT DATE AND TIME:**

REQUEST ON BEHALF OF
[X] Commonwealth [ ] City, County, Town of
[ ] PLAINTIFF(S) [ ] DEFENDANT(S) [ ] JUVENILE
[ ] PETITIONER [ ] RESPONDENT

REQUESTED BY:

_____
PRINTED NAME

_____
SIGNATURE
( ___ ) _____
TELEPHONE NUMBER

| COURT USE ONLY |
| DATE RECEIVED | DATE ISSUED |

---

Ofc. D. A. Crocker
NAME (LAST, FIRST, MIDDLE)
Windsor Police Department
STREET ADDRESS/LOCATION
Windsor, VA 23487
CITY, STATE, ZIP CODE
[X] CITY OF [ ] COUNTY NAME Isle of Wight
( 757 ) 242-6799
TELEPHONE NUMBER

NAME (LAST, FIRST, MIDDLE)
STREET ADDRESS/LOCATION
CITY, STATE, ZIP CODE
[ ] CITY OF [ ] COUNTY NAME
( ___ )
TELEPHONE NUMBER

Ofc. J. Gutierrez
NAME (LAST, FIRST, MIDDLE)
Windsor Police Department
STREET ADDRESS/LOCATION
Windsor, VA 23487
CITY, STATE, ZIP CODE
[X] CITY OF [ ] COUNTY NAME Isle of Wight
( 757 ) 242-6799
TELEPHONE NUMBER

NAME (LAST, FIRST, MIDDLE)
STREET ADDRESS/LOCATION
CITY, STATE, ZIP CODE
[ ] CITY OF [ ] COUNTY NAME
( ___ )
TELEPHONE NUMBER

**EXHIBIT 14**