# Thomas H. Roberts & Associates, P.C.

**LITIGATION**
✓ VIRGINIA'S
PERSONAL INJURY
CIVIL RIGHTS
LAW FIRM

Thomas H. Roberts, Esq.
Andrew T. Bodoh, Esq.
Jonathan M. Arthur, Esq.

105 S 1st Street
Richmond, VA 23219
www.robertslaw.org

804-783-2000 x. 1003
FAX 804-783-2105

j.arthur@robertslaw.org

April 6, 2021

**VIA United States Mail**
Fernando Galindo
Clerk – United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby St.
Norfolk, VA 23510

Re: Nazario v. Gutierrez, et. al.
Case Number CL 2:21-cv-00169
Complaint Exhibits 1-5

Hon Clerk:

Please find enclosed 3 DVDs which contain Plaintiff's Exhibits 1 – 5 in the Nazario v. Gutierrez, et. al., action case number 2:21-cv-00169 as referenced in CM/ECF No. 1.-2.

Exhibit 1 is video "20201205_183646[1].mp4 - Nazario Phone."
Exhibit 2 is video "20201205_190959 - Nazario Phone."
Exhibit 3 is video "Gutierrez BWC."
Exhibit 4 is video "Crocker 1 - Axon_Body_3_Video_2020-12-05_1834."
Exhibit 5 is video "Crocker 2 - Axon_Body_3_Video_2020-12-05_1902."

As they are video footage, they could not be uploaded into the CM/ECF file. Kindly cause the exhibits to be filed with the other documents in this matter. If you have any questions, please do not hesitate to contact me directly.

Very truly yours,

Jonathan M. Arthur, Esq.

JMA/mts
Enc: (3)