# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CARON NAZARIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21-cv-00169-RCY-LRL |
| JOE GUTIERREZ, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Joe Gutierrez. I certify that I am admitted to practice in this court.

Dated: April 27, 2021

    Respectfully Submitted,

**JOE GUTIERREZ**

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Defendant Joe Gutierrez*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of April 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Jonathan M. Arthur, Esq. (VSB No. 86323)
      Thomas H. Roberts, Esq. (VSB No. 26014)
      Andrew T. Bodoh, Esq. (VSB No. 80143)
      THOMAS H. ROBERTS & ASSOCIATES, P.C.
      105 South 1st Street
      Richmond, Virginia 23219
      Telephone: (804) 783-2000
      Facsimile: (804) 783-2105
      j.arthur@robertslaw.org
      tom.roberts@robertslaw.org
      andrew.bodoh@robertslaw.org
      *Counsel for Plaintiff Caron Nazario*

      /s/ John B. Mumford, Jr.
      John B. Mumford, Jr. (VSB No. 38764)
      HANCOCK, DANIEL & JOHNSON, P.C.
      4701 Cox Road, Suite 400
      Glen Allen, Virginia 23060
      Telephone: (804) 967-9604
      Facsimile: (804) 967-9888
      jmumford@hancockdaniel.com
      *Counsel for Defendant Joe Gutierrez*