IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CARON NAZARIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21-cv-00169-RCY-LRL |
| JOE GUTIERREZ, et al., | ) ) ) |
| Defendants. | ) ) |

## AGREED ORDER

THIS MATTER came before the Court on Defendant's Motion for Extension of Time to File Responsive Pleadings; and

It appearing to the Court that Defendant requests a 14 day extension to file its responsive pleadings to Plaintiff's Complaint by May 15, 2021; and it appearing that the Plaintiff consents to this extension; and that good cause otherwise exists for granting the requested extension; it is therefore

**ORDERED**, that Defendant Joe Gutierrez is hereby **GRANTED** an extension of time in which to file its responsive pleadings to Plaintiff's Complaint, to and including May 15, 2021.

Entered: 4/29/21

Judge: /s/
Lawrence R. Leonard
United States Magistrate Judge
United States District Court
Eastern District of Virginia

**WE ASK FOR THIS:**

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*


**SEEN AND AGREED:**

/s/ Jonathan M. Arthur
Jonathan M. Arthur, Esq. (VSB No. 86323)
Thomas H. Roberts, Esq. (VSB No. 26014)
Andrew T. Bodoh, Esq. (VSB No. 80143)
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Telephone: (804) 783-2000
Facsimile: (804) 783-2105
j.arthur@robertslaw.org
tom.roberts@robertslaw.org
andrew.bodoh@robertslaw.org
*Counsel for Plaintiff Caron Nazario*