UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CARON NAZARIO,<br><br>*Plaintiff*,<br><br>v.<br><br>JOE GUTIERREZ,<br>*In his personal capacity*<br><br>and<br><br>DANIEL CROCKER,<br>*In his personal capacity,*<br><br>*Defendants*. | Civil Action No. 2:21-cv-00169<br><br>JURY DEMANDED BY PLAINTIFF |

### DEFENDANT JOE GUTIERREZ'S PARTIAL MOTION TO DISMISS PLAINTIFF CARON NAZARIO'S COMPLAINT

Defendant Joe Gutierrez, by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and on the grounds set forth in the Memorandum in Support of its Partial Motion to Dismiss filed herewith, or on such other grounds as the Court deems proper, moves this Court for the entry of an Order dismissing the Plaintiff Caron Nazario's claims of violation of his First Amendment with prejudice.

Respectfully submitted this 14th day of May, 2021.

JOE GUTIERREZ

By: /s/ John B. Mumford, Jr.
            **Counsel**

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
HANCOCK DANIEL & JOHNSON, P.C.

4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

> Jonathan M. Arthur (VSB No. 86323)
> Thomas H. Roberts (VSB No. 26014)
> Andrew T. Bodoh (VSB No. 80143)
> THOMAS H. ROBERTS & ASSOCIATES, PC
> 105 South First Street
> Richmond, Virginia 23219
> Tel: (804) 783-2000
> Fax: (804) 783-2105
> j.arthur@robertslaw.org
> tom.roberts@robertslaw.org
> andrew.bodoh@robertslaw.org
> *Counsel for Plaintiff*
>
> Robert L. Samuel, Jr. (VSB No. 18605)
> Richard H. Matthews (VSB No. 16318)
> Anne C. Lahren (VSB No. 73125)
> Bryan S. Peeples (VSB No. 93709)
> PENDER & COWARD
> 222 Central Park Avenue, Suite 400
> Virginia Beach, Virginia 23462
> Tel: (757) 490-6293
> Fax: (757) 502-7370
> rsamuel@pendercoward.com
> rmatthew@pendercoward.com
> alahren@pendercoward.com
> bpeeples@pendercoward.com
> *Counsel for Defendant Daniel Crocker*

This the 14th day of May, 2021.

>                               /s/ John B. Mumford, Jr.
> John B. Mumford, Jr. (VSB No. 38764)
> Coreen A. Silverman (VSB No. 43873)
> HANCOCK DANIEL & JOHNSON, P.C.
> 4701 Cox Road, Suite 400
> Glen Allen, Virginia 23060
> Tel: (804) 967-9604
> Fax: (804) 967-9888
> jmumford@hancockdaniel.com
> csilverman@hancockdaniel.com
> *Counsel for Defendant Joe Gutierrez*