UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Caron Nazario** : <br> : <br> *Plaintiff*, : <br> : <br> v. : <br> : <br> **Joe Gutierrez**, : <br> *In his personal capacity* : <br> : <br> and : <br> : <br> **Daniel Crocker** : <br> *In his personal capacity,* : <br> : <br> *Defendants.* : | Civil Action No. 2:21-cv-00169 <br><br> JURY DEMANDED BY <br> PLAINTIFF |

**DEFENDANT CROCKER'S PARTIAL MOTION TO DISMISS PLAINTIFF'S
COMPLAINT REGARDING CLAIM FOR FIRST AMENDMENT VIOLATION**

Now Comes Defendant Daniel Crocker, by counsel, and joins in Defendant Joe Gutierrez's Partial Motion to Dismiss the Plaintiff's Complaint Regarding Claim for First Amendment Violation for the reasons set forth in Gutierrez's Memorandum of Law in Support of this Motion [Doc. 16] as if fully set forth herein.

Respectfully submitted this 17th day of May, 2021.

**DANIEL CROCKER**

By:     /s/ Anne C. Lahren

Richard H. Matthews, Esq.
Virginia State Bar No. 16318
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6256 – Telephone
(757) 497-1914 – Facsimile
Email: rmatthew@pendercoward.com

*Counsel for Daniel Crocker*

Robert L. Samuel, Jr., Esq.
Virginia State Bar No. 18605
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 502-7338 – Telephone
(757) 497-1914 – Facsimile
Email: rsamuel@pendercoward.com
*Counsel for Daniel Crocker*

Anne C. Lahren, Esq.
Virginia State Bar No. 73125
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Daniel Crocker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of May, 2021, I will electronically file the foregoing *PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT REGARDING CLAIMS FOR FIRST AMENDMENT VIOLATION* with the Clerk of Court using the CM/ECF system, which will then notification of such electronic filing (NEF) to the following:

Jonathan M. Arthur, Esq (VSB# 86323)
j.arthur@robertslaw.org
Thomas H. Roberts, Rsw. (VSB# 26014)
Tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB# 80143)
Andrew.bodoh@robertslaw.org
15 South First Street
Richmond, VA 23219
(804) 991-4308 (Direct)
(804) 783-2000 (Firm)
(804) 783-2105 (Fax)
*Counsel for the Plaintiff*

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400

Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

          /s/ Anne C. Lahren
Anne C. Lahren, Esq.
Virginia State Bar No. 73125
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Daniel Crocker*