UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Caron Nazario** : | |
| : | |
| *Plaintiff*, : | |
| : | |
| v. : | Civil Action No. 2:21-cv-00169 |
| : | |
| **Joe Gutierrez**, : | JURY DEMANDED BY |
| *In his personal capacity* : | PLAINTIFF |
| : | |
| and : | |
| : | |
| **Daniel Crocker** : | |
| *In his personal capacity,* : | |
| : | |
| *Defendants*. : | |

## MOTION TO STAY PROCEEDINGS

Now Comes Defendant Daniel Crocker, by counsel, and moves to stay proceedings on the Complaint filed by Plaintiff Caron Nazario ("Nazario") until the completion of ongoing state and federal investigations, or in the alternative, for a period of ninety days, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted 17th day of May, 2021.

DANIEL CROCKER

By:     /s/ Anne C. Lahren_____

Richard H. Matthews, Esq.
Virginia State Bar No. 16318
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6256 – Telephone
(757) 497-1914 – Facsimile
Email: rmatthew@pendercoward.com
*Counsel for Defendant Daniel Crocker*

Robert L. Samuel, Jr., Esq.
Virginia State Bar No. 18605
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 502-7338 – Telephone
(757) 497-1914 – Facsimile
Email: rsamuel@pendercoward.com
*Counsel for Daniel Crocker*

Anne C. Lahren, Esq.
Virginia State Bar No. 73125
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Defendant Daniel Crocker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of May, 2021, I will electronically file the foregoing *MOTION TO STAY PROCEEDINGS* with the Clerk of Court using the CM/ECF system, which will then notification of such electronic filing (NEF) to the following:

Jonathan M. Arthur, Esq (VSB# 86323)
j.arthur@robertslaw.org
Thomas H. Roberts, Rsw. (VSB# 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB# 80143)
andrew.bodoh@robertslaw.org
15 South First Street
Richmond, VA 23219
(804) 991-4308 (Direct)
(804) 783-2000 (Firm)
(804) 783-2105 (Fax)
*Counsel for the Plaintiff Caron Nazario*

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888

jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

   */s/ Anne C. Lahren*
Anne C. Lahren, Esq.
Virginia State Bar No. 73125
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6293 – Telephone
(757) 502-7370 – Facsimile
Email: alahren@pendercoward.com
*Counsel for Defendant Daniel Crocker*