UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CARON NAZARIO,

      Plaintiff,

v.                                                                                Civil Action No. 2:21cv169

JOE GUTIERREZ, et al.,

      Defendants.

## ORDER

Plaintiff Caron Nazario filed a Motion to Compel Interrogatory Answers and memorandum in support, seeking more complete answers to three interrogatories directed to Defendant Joe Gutierrez. ECF Nos. 47, 48. Although Plaintiff paraphrased the interrogatory questions and responses in his memorandum, he did not attach them as an exhibit "pursuant to Court Order." ECF No. 48 at 6. The Court Order to which Plaintiff refers is the Court's Rule 16(b) Scheduling Order, which provides "No discovery materials shall be filed with the Clerk except by order of the Court." ECF No. 39, ¶ 7. The actual interrogatories and responses are necessary for the resolution of this motion. Accordingly, Plaintiff is **ORDERED** to file the three disputed interrogatories and responses within five days of the date of this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

                                                      Lawrence R. Leonard
                                                      United States Magistrate Judge

Norfolk, Virginia
October 28, 2021