

Virginia Beach        Suffolk        Chesapeake        www.pendercoward.com

October 7, 2021

Anne C. Lahren, Esq.
alahren@pendercoward.com
Direct dial: (757) 490-6293
Direct fax: (757) 502-7370
**222 Central Park Ave., Suite 400**
**Virginia Beach, VA 23462**

VIA EMAIL ONLY (j.arthur@robertslaw.org)
Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, PLC
105 S. 1st Street
Richmond, VA 23219

[Annotation: 162 Days after Counsel's April 28, 2021 appearance. See Docs. 10 and 11.]

      RE:    Nazario v. Gutierrez & Crocker
             Case No. 2:21-cv-00169
             Crocker's First Interrogatories and Requests for Production of Documents to Plaintiff Caron Nazario

Dear Jonathan:

Pursuant to Rule 33 and 34 of the Federal Rules of Civil Procedure, Defendant Daniel Crocker propounds his First Interrogatories and Requests for Production of Documents to Plaintiff Caron Nazario, responses to which are due in 30 days.

                                          Sincerely,
                                          PENDER & COWARD, P.C.

                                          Anne C. Lahren

ACL/

cc:    Officer Daniel Crocker
        Richard H. Matthews, Esq.
        John Mumford, Esq.
        Coreen Silverman, Esq.

File No. 210503

EXHIBIT 1