**Jonathan Arthur**

| | |
|---|---|
| **From:** | Anne Lahren <alahren@PenderCoward.com> |
| **Sent:** | Thursday, October 7, 2021 5:39 PM |
| **To:** | Jonathan Arthur; 'Coreen Silverman' |
| **Subject:** | RE: Nazario v. Gutierrez, et. al. |
| **Attachments:** | 10.07.2021 ltr to Arthur with Crocker discovery to Plaintiff.pdf; 10.07.2021 Crocker ROGS and RFP to Nazario.pdf; 10.07.2021 Crocker ROGS and RFP to Nazario WORD.docx |

Jonathan:

Thank you. Electronic delivery is fine with me – no need to send by mail.

I received the link to the Dropbox from Tom Roberts but I don't see anything in it. But if you're just waiting to upload documents until the Protective Order is entered, I certainly understand.

**Please see my cover letter and Crocker's first Interrogatories and Requests for Production of Documents – Attached.**
Since I'm adding this onto this email, please confirm receipt of these. I'm not trying to sneak it by you. Also, I've attached the discovery in Word for ease of preparing responses. For Responses to the Requests for Production of Documents, it's fine to reference the corresponding response to requests from Gutierrez's discovery as applicable.

Sincerely,
Annie

**Anne C. Lahren**
ATTORNEY

**PENDER&COWARD**
ATTORNEYS AND COUNSELLORS AT LAW

(757) 490-6293 | fax (757) 502-7370
alahren@pendercoward.com

> *[Annotation: Crocker's Counsel giving explicit permission to cite to his responses to Gutierrez' discovery.]*

---

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Thursday, October 7, 2021 5:09 PM
**To:** 'Coreen Silverman' <csilverman@hancockdaniel.com>; Anne Lahren <alahren@PenderCoward.com>
**Subject:** Nazario v. Gutierrez, et. al.

***External Email***

Counselors:

Please see the attached responses to Gutierrez' first discovery.    I understand that the Certificate of Service states that these have also been mailed, but if it is alright with you all, I will save the paper and deliver it electronically.  If you want I can send an amended Certificate.

Also, some documents and interrogatory answers have been withheld pending the protective order.  When the court enters it, I will release the documents and the answers to the interrogatories that I want to designate under the order.  I believe that Tom Roberts as also sent you all a dropbox link to the responsive documents.  Let me know if you have not received it.

> *[Annotation: Plaintiff transmitted his answers to Gutierrez's discovery to counsel for both defendants.]*

**EXHIBIT 2**

Cordially,

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

**EXHIBIT 2**