# Jonathan Arthur

| | |
|---|---|
| **From:** | Coreen Silverman <csilverman@hancockdaniel.com> |
| **Sent:** | Sunday, October 3, 2021 9:43 PM |
| **To:** | Jonathan Arthur |
| **Subject:** | RE: Nazario v. Gutierrez, Et. Al.  Discovery Issues. |

Sorry I missed this email. Is this the protective order regarding military issues? Please send me a draft Order.

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, September 21, 2021 8:41 AM
**To:** 'Anne Lahren' <alahren@PenderCoward.com>
**Cc:** Coreen Silverman <csilverman@hancockdaniel.com>
**Subject:** RE: Nazario v. Gutierrez, Et. Al. Discovery Issues.

[Annotation: Attempt to Follow-Up regarding the protective order. Sent to both Defense Counsel.]

Counselor Silverman:

I am still waiting to hear from you regarding the protective order that I spoke with Counselor Mumford about.  He deferred to you and was supposed to forward you the message.

-Jonathan

**From:** Anne Lahren <alahren@PenderCoward.com>
**Sent:** Monday, September 20, 2021 6:49 PM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Cc:** 'Coreen Silverman' <csilverman@hancockdaniel.com>
**Subject:** RE: Nazario v. Gutierrez, Et. Al. Discovery Issues.

I understand. If you would like to defer this motion until after depositions, we have no problem with that.

Annie

**Anne C. Lahren**
ATTORNEY

**PENDER & COWARD**
ATTORNEYS AND COUNSELLORS AT LAW

(757) 490-6293 | fax (757) 502-7370

alahren@pendercoward.com

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Monday, September 20, 2021 5:11 PM
**To:** Anne Lahren <alahren@PenderCoward.com>
**Cc:** 'Coreen Silverman' <csilverman@hancockdaniel.com>
**Subject:** RE: Nazario v. Gutierrez, Et. Al. Discovery Issues.

***External Email***

I guess we need to get started on the motion.

**EXHIBIT 3**

-Jonathan

**From:** Anne Lahren <alahren@PenderCoward.com>
**Sent:** Monday, September 20, 2021 4:54 PM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Subject:** RE: Nazario v. Gutierrez, Et. Al. Discovery Issues.

Good afternoon, Jonathan:

Please see the attached in response to your September 14th letter.

Sincerely,
Annie Lahren

**Anne C. Lahren**
ATTORNEY

**PENDER&COWARD**
ATTORNEYS AND COUNSELLORS AT LAW

(757) 490-6293 | fax (757) 502-7370
alahren@pendercoward.com

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, September 14, 2021 4:44 PM
**To:** Anne Lahren <alahren@PenderCoward.com>
**Subject:** Nazario v. Gutierrez, Et. Al. Discovery Issues.

***External Email***

Counselor:

Please see the attached. A hard copy is in the mail.

Cordially,

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de

**EXHIBIT 3**

cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

**EXHIBIT 3**