# Jonathan Arthur

| | |
|---|---|
| **From:** | Jonathan Arthur <j.arthur@robertslaw.org> |
| **Sent:** | Tuesday, September 21, 2021 10:23 AM |
| **To:** | 'Anne Lahren'; 'Coreen Silverman' |
| **Subject:** | Proposed Protective Order |
| **Attachments:** | Protective Order.docx |

Here is a draft protective order.  Let me know what you all think.

*Draft Protective Order sent to both Defense Counsel.*

Cordially,

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.