# Jonathan Arthur

| | |
|---|---|
| **From:** | Jonathan Arthur <j.arthur@robertslaw.org> |
| **Sent:** | Thursday, October 7, 2021 5:09 PM |
| **To:** | 'Coreen Silverman'; 'Anne Lahren' |
| **Subject:** | Nazario v. Gutierrez, et. al. |
| **Attachments:** | 2021.10.07 Plaintiff's Objections and Answers to Def. Gutierrez's 1st ROGs to Plaintiff - PPO.pdf; 2021.10.07 Plaintiff's Objections and Answers to Def. Gutierrez's 1st RFPs to Plaintiff.pdf; 2021.10.07 Plaintiff's Objections and Answers to Def. Gutierrez's 1st RFAs to Plaintiff.pdf |

Counselors:

Please see the attached responses to Gutierrez' first discovery.   I understand that the Certificate of Service states that these have also been mailed, but if it is alright with you all, I will save the paper and deliver it electronically.  If you want I can send an amended Certificate.

Also, some documents and interrogatory answers have been withheld pending the protective order.   When the court enters it, I will release the documents and the answers to the interrogatories that I want to designate under the order.   I believe that Tom Roberts as also sent you all a dropbox link to the responsive documents.  Let me know if you have not received it.

> Discover Production pursuant to Gutierrez' discover.  Set to both Counsel and providing notice that answers and documents were being withheld pending the protective order.

Cordially,

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.