**Jonathan Arthur**

| | |
|---|---|
| **From:** | Anne Lahren <alahren@PenderCoward.com> |
| **Sent:** | Thursday, October 7, 2021 9:45 AM |
| **To:** | Coreen Silverman; Jonathan Arthur |
| **Cc:** | Dustin Plumadore |
| **Subject:** | RE: Protective Order - Nazario v. Gutierrez, et. al. |

Thank you! *[Counsel for Crocker consenting to let Counsel for Gutierrez make the amendments.]*

**Anne C. Lahren**
ATTORNEY

**PENDER & COWARD**
ATTORNEYS AND COUNSELLORS AT LAW

(757) 490-6293 | fax (757) 502-7370
alahren@pendercoward.com

---

**From:** Coreen Silverman <csilverman@hancockdaniel.com>
**Sent:** Thursday, October 7, 2021 9:44 AM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Cc:** Anne Lahren <alahren@PenderCoward.com>; Dustin Plumadore <dplumadore@hancockdaniel.com>
**Subject:** Re: Protective Order - Nazario v. Gutierrez, et. al.

***External Email***

We can. *[Gutierrez's Counsel agreeing to make the amendments to the protective order.]*

Coreen Silverman, Esq.
Hancock Daniel Johnson, PC
4701 Cox Road, Suite 400
Glen Allen, VA 23060
(804) 967-9704
(804) 955-9007 (mobile)

> On Oct 7, 2021, at 9:43 AM, Jonathan Arthur <j.arthur@robertslaw.org> wrote:
>
> I have no problem the protective order provisions being mutual. I believe you both have word copies of the proposed order. Which one of you wants to take a shot at modifying the provisions for mutuality?
>
> -Jonathan
>
> **From:** Coreen Silverman <csilverman@hancockdaniel.com>
> **Sent:** Thursday, October 7, 2021 9:23 AM
> **To:** Jonathan Arthur <j.arthur@robertslaw.org>; 'Anne Lahren' <alahren@PenderCoward.com>
> **Subject:** RE: Protective Order - Nazario v. Gutierrez, et. al.
>
> Is your client willing to have you, on his behalf, execute a similar Protective Order for his personnel file?

*[Counsel for Defendant Gutierrez requesting changes 16 days after Plaintiff first transmitted the same to them (See Ex. 4).]*

1

**EXHIBIT 6**

I had an experience yesterday in a deposition, where the judge ordered documents pertaiing to a particular issue be filed under seal, due to concerns of them getting into the public. And, to my surprise contents of the documents were disseminated to the Plaintiff's client who then disseminated them, such that a non-party had knowledge of them and commented about them in a deposition yesterday. I was shocked.

We DO NOT want Mr. Gutierrez's personnel file from any of his previous employers to be shared by the Plaintiff with anyone outside of this litigation. This exclusion would include his family and friends, which could lead unlimited dissemination, including on the internet.

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Thursday, October 7, 2021 9:15 AM
**To:** 'Anne Lahren' <alahren@PenderCoward.com>; Coreen Silverman <csilverman@hancockdaniel.com>
**Subject:** Protective Order - Nazario v. Gutierrez, et. al.

Counselors:

Please confirm that we are in agreement with the terms of the protective order so that I can submit the same to the Court for entry.

*Plaintiff's counsel requesting confirmation on terms of protective order from both sets of Defense Counsel*

Cordially,

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us

EXHIBIT 6

immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

**EXHIBIT 6**