IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Caron Nazario** )
              *Plaintiff*, )
v. )   Civil Action No. 2:21-cv-00169
)
**Joe Gutierrez, et. al.** )
              *Defendants*. )

**PLAINTIFF CARON NAZARIO
MOTION FOR A PROTECTIVE ORDER**

COMES NOW the Plaintiff, Caron Nazario, by counsel, and pursuant to Rule 26(c) and for the reasons articulated in the accompanying memorandum in support of this motion moves this honorable court to enter a protective order and for any further relief as this Court deems warranted.

Plaintiff's counsel hereby certifies that Plaintiff's counsel has conferred and attempted to confer with Defendant Crocker's counsel in an effort to resolve this dispute without court action.

**DECEMBER 13, 2021.**

                                                **Respectfully submitted,**

                                                By:  /s/  Jonathan M. Arthur, Esq.
                                                Counsel

                                                Jonathan M. Arthur, Esq. VSB # 86323
                                                j.arthur@robertslaw.org
                                                Thomas H. Roberts, Esq. VSB # 26014
                                                tom.roberts@robertslaw.org
                                                Andrew T. Bodoh, Esq. VSB # 80143
                                                andrew.bodoh@robertslaw.org
                                                Thomas H. Roberts & Associates, P.C.
                                                105 South 1st Street
                                                Richmond, VA 23219
                                                (804) 991-2002 (Direct)
                                                (804) 783-2000 (Firm)
                                                (804) 783-2105 (Fax)
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*


Robert L. Samuel, Jr. (VSB No. 18605)
Richard H. Matthews (VSB No. 16318)
Anne C. Lahren (VSB No. 73125)
Bryan S. Peeples (VSB No. 93709)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

This the 13th day of December, 2021

                                            By: /s/ Jonathan M. Arthur, Esq.
                                                          Counsel

                                                      Jonathan M. Arthur, Esq. VSB # 86323
                                                      j.arthur@robertslaw.org
                                                      Thomas H. Roberts, Esq. VSB # 26014
                                                      tom.roberts@robertslaw.org
                                                      Andrew T. Bodoh, Esq. VSB # 80143
                                                      andrew.bodoh@robertslaw.org
                                                      Thomas H. Roberts & Associates, P.C.
                                                      105 South 1st Street
                                                      Richmond, VA 23219

(804) 991-2002 (Direct)  
(804) 783-2000 (Firm)  
(804) 783-2105 (Fax)  
*Counsel for Plaintiff*