# Jonathan Arthur

| | |
|---|---|
| **From:** | Anne Lahren <alahren@PenderCoward.com> |
| **Sent:** | Tuesday, December 7, 2021 5:43 PM |
| **To:** | Jonathan Arthur |
| **Cc:** | 'John Mumford'; 'Coreen Silverman'; 'Dustin Plumadore'; RICHARD H. MATTHEWS; Robert Samuel; Bryan S. Peeples; Lisa Robertson; 'Pam Khoury' |
| **Subject:** | RE: Nazario v. Gutietterz and Crocker - Plaintiff's deposition - Dec. 23rd? |

11am on the 23rd is confirmed. We will get the notices prepared and sent out.

Annie

**Anne C. Lahren**
ATTORNEY

**PENDER & COWARD**
ATTORNEYS AND COUNSELLORS AT LAW

(757) 490-6293 | fax (757) 502-7370
alahren@pendercoward.com

---

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, December 7, 2021 5:13 PM
**To:** Anne Lahren <alahren@PenderCoward.com>
**Cc:** 'John Mumford' <jmumford@hancockdaniel.com>; 'Coreen Silverman' <csilverman@hancockdaniel.com>; 'Dustin Plumadore' <dplumadore@hancockdaniel.com>; RICHARD H. MATTHEWS <RMATTHEW@PenderCoward.com>; Robert Samuel <rsamuel@PenderCoward.com>; Bryan S. Peeples <bpeeples@PenderCoward.com>; Lisa Robertson <lrobertson@PenderCoward.com>; 'Pam Khoury' <pkhoury@hancockdaniel.com>
**Subject:** RE: Nazario v. Gutietterz and Crocker - Plaintiff's deposition - Dec. 23rd?

***External Email***

Counselors:

December 23, 2021 works for our end regarding Lt. Nazario's depositions. We are flexible regarding the start hour, so 11 or 12 will work on our end (though we may need a lunch break in short order starting at 12). The address of the firm is 105 S. 1st. St. Richmond, VA 23219.

-Jonathan

---

**From:** Anne Lahren <alahren@PenderCoward.com>
**Sent:** Tuesday, December 7, 2021 11:26 AM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Cc:** John Mumford <jmumford@hancockdaniel.com>; Coreen Silverman <csilverman@hancockdaniel.com>; Dustin Plumadore <dplumadore@hancockdaniel.com>; RICHARD H. MATTHEWS <RMATTHEW@PenderCoward.com>; Robert Samuel <rsamuel@PenderCoward.com>; Bryan S. Peeples <bpeeples@PenderCoward.com>; Lisa Robertson <lrobertson@PenderCoward.com>; Pam Khoury <pkhoury@hancockdaniel.com>
**Subject:** Nazario v. Gutietterz and Crocker - Plaintiff's deposition - Dec. 23rd?

Good afternoon, Jonathan:

1

EXHIBIT 1

On behalf of the Defendants, we would like to schedule the Plaintiff's deposition on December 23rd. We can schedule the deposition at your office in Richmond unless you would prefer a different location. We suggest commencing the deposition at 11am or 12pm, but this time can be flexible. I will send out the Notice of Deposition as soon as we receive your confirmation for this date.

Thank you,
Annie Lahren

**Anne C. Lahren**
ATTORNEY



222 Central Park Ave Suite 400 | Virginia Beach, VA 23462
tel (757) 490-6293 | fax (757) 502-7370
website | vCard | map | email | LinkedIn

---

As a member of **MERITAS**, an alliance of independent full service business law firms with offices in every major city worldwide, Pender & Coward, PC is able to provide our clients with local counsel and "local knowledge" anywhere in the world.

**CONFIDENTIALITY NOTICE:** This e-mail transmission, and any documents, files, or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein or attached to this e-mail is strictly prohibited. Should you have received this transmission in error, please notify the sender immediately.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

We care about the safety and wellbeing of our employees, clients, friends and communities as we serve the needs of our clients. We ask that all employees, clients and guests wear masks in our offices until further notice. For more information on our firm's operations and plan in response to COVID-19, please call us at 757-490-3000. Click here for helpful COVID-19 articles and resources.

EXHIBIT 1