**Jonathan Arthur**

| | |
|---|---|
| **From:** | Jonathan Arthur <j.arthur@robertslaw.org> |
| **Sent:** | Wednesday, January 5, 2022 10:19 AM |
| **To:** | 'Dustin Plumadore' |
| **Cc:** | 'Coreen Silverman'; 'Pam Khoury'; 'John Mumford' |
| **Subject:** | RE: Subpoenas |

I will be in the office all day today and tomorrow.   Friday, I will be out until noon.  I will file the motions to quash on Friday if I do not hear something from Correen by then.

-Jonathan

**From:** Dustin Plumadore <dplumadore@hancockdaniel.com>
**Sent:** Wednesday, January 5, 2022 10:11 AM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Cc:** Coreen Silverman <csilverman@hancockdaniel.com>; Pam Khoury <pkhoury@hancockdaniel.com>; John Mumford <jmumford@hancockdaniel.com>
**Subject:** RE: Subpoenas

Hi Jonathan,

Coreen is back in the country now, but is out of the office today.  If you provide your availability I'm sure she can coordinate a call with you this week to discuss the subpoenas.

**DUSTIN J. H. PLUMADORE**
HANCOCK, DANIEL & JOHNSON, P.C.
Richmond Office   |   804.237.7415 (o)
dplumadore@hancockdaniel.com   |   vCard



http://www.hancockdaniel.com/

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, January 4, 2022 4:38 PM
**To:** Dustin Plumadore <dplumadore@hancockdaniel.com>
**Subject:** RE: Subpoenas

When does she get back?

EXHIBIT 1

**From:** Dustin Plumadore <dplumadore@hancockdaniel.com>
**Sent:** Thursday, December 30, 2021 10:58 AM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>
**Subject:** RE: Subpoenas

Thank you, Jonathan.  Coreen issued these subpoenas, so I will speak with her when she returns to the U.S. next week and we will get back to you then.

**DUSTIN J. H. PLUMADORE**
HANCOCK, DANIEL & JOHNSON, P.C.
Richmond Office   |   804.237.7415 (o)
dplumadore@hancockdaniel.com   |   vCard



http://www.hancockdaniel.com/

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, December 28, 2021 5:37 PM
**To:** Dustin Plumadore <dplumadore@hancockdaniel.com>; 'Anne Lahren' <alahren@PenderCoward.com>; 'RICHARD H. MATTHEWS' <RMATTHEW@PenderCoward.com>; 'Robert Samuel' <rsamuel@PenderCoward.com>; 'Bryan S. Peeples' <bpeeples@PenderCoward.com>
**Cc:** Coreen Silverman <csilverman@hancockdaniel.com>; John Mumford <jmumford@hancockdaniel.com>; Pam Khoury <pkhoury@hancockdaniel.com>; Tracy Brumfield <tbrumfield@hancockdaniel.com>
**Subject:** RE: Subpoenas

Dustin:

I think these subpoenae are untimely under the contours of the pretrial scheduling order which states that all discovery, including the time period for response to any discovery demand(s) must be completed by not later than December 28, 2021.

These entities, and their relationship with Mr. Nazario was disclosed at the beginning of discovery, and the SDT's Defendant Gutierrez has issued are to be responded outside the close of discovery.   Thus, they are not permitted.

Kindly verify that you are going to withdraw the same so we can avoid further discovery briefing.

Thanks,

Jonathan

**EXHIBIT 1**

**From:** Dustin Plumadore <dplumadore@hancockdaniel.com>
**Sent:** Monday, December 27, 2021 4:08 PM
**To:** Jonathan Arthur <j.arthur@robertslaw.org>; 'Anne Lahren' <alahren@PenderCoward.com>; 'RICHARD H. MATTHEWS' <RMATTHEW@PenderCoward.com>; 'Robert Samuel' <rsamuel@PenderCoward.com>; 'Bryan S. Peeples' <bpeeples@PenderCoward.com>
**Cc:** Coreen Silverman <csilverman@hancockdaniel.com>; John Mumford <jmumford@hancockdaniel.com>; Pam Khoury <pkhoury@hancockdaniel.com>; Tracy Brumfield <tbrumfield@hancockdaniel.com>
**Subject:** Subpoenas

All,

On behalf of Coreen Silverman, please see the attached three (3) subpoenas to be served on the following:

- Virginia Department of Health
- Properties Remembered, LLC
- Richard Bland College Foundation

Thank you,

**DUSTIN J. H. PLUMADORE**
HANCOCK, DANIEL & JOHNSON, P.C.
Richmond Office   |   804.237.7415 (o)
dplumadore@hancockdaniel.com   |   vCard



http://www.hancockdaniel.com/

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

**From:** Jonathan Arthur <j.arthur@robertslaw.org>
**Sent:** Tuesday, December 21, 2021 6:02 PM
**To:** 'Anne Lahren' <alahren@PenderCoward.com>; Coreen Silverman <csilverman@hancockdaniel.com>; Dustin Plumadore <dplumadore@hancockdaniel.com>; 'RICHARD H. MATTHEWS' <RMATTHEW@PenderCoward.com>; 'Robert Samuel' <rsamuel@PenderCoward.com>; 'Bryan S. Peeples' <bpeeples@PenderCoward.com>; John Mumford <jmumford@hancockdaniel.com>; Pam Khoury <pkhoury@hancockdaniel.com>
**Subject:** Plaintiff's deposition exhibits.

Counselors:

I have uploaded to dropbox the marked exhibits from the Plaintiff's depositions and sent you all a link.   I will see you all on Thursday.

Cordially,

EXHIBIT 1

Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates, P.C.
105 South 1st St.
Richmond, VA 23219
(804)-991-4308 – Direct
(804)-783-2000 – Firm
(804)-783-2105 - Fax

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**PRIVACIDAD Y CONFIDENCIALIDAD**: La información en este correo es legalmente privada y confidencial. Este correo está destinado solamente para el uso de la persona o entidad indicada arriba. Si el lector de este correo no es el destinatario mencionado, se le comunica que se le prohíbe cualquier uso, difusión, distribución, o reproducción de cualquier tipo. Si se ha recibido este correo por error, por favor notifíquelo inmediatamente al emisor del mismo y bórralo del sistema. Gracias.

This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.
This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.
This e-mail contains confidential information intended for the recipient(s) above, and may be protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are prohibited from reading or disclosing the message. If you received this message in error, please notify us immediately by e-mail or by telephone at (804) 967-9604, and delete the original message. No discussion of federal tax issues in this e-mail or any attachment hereto may be used (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend any transaction or matter addressed herein.

**EXHIBIT 1**