IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **Caron Nazario,** | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 2:21-cv-00169 |
| | ) | |
| **Joe Gutierrez, et. al.** | ) | |
| *Defendants*. | ) | |

**ORDER**

**CAME THE PLAINTIFF**, Lt. Caron Nazario, by counsel, and upon his motion for partial summary judgment pursuant to Fed. R. Evid. 402, 403, and 702 and Fed. R. Civ. P. 16(f) and 37(c) to exclude or limit the testimony of defendant Crocker's proposed experts. And upon consideration of the arguments set forth in his motion, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the plaintiff's motion is hereby **GRANTED**. It is further **ORDERED, ADJUDGED, AND DECREED** that pursuant to Fed. R. Civ. P. 16(f) and 37(c) and Fed. R. Evid. 702 Scott Sauter, Ph.D is excluded and shall not be permitted to tesitify. It is further:

**ORDERED, ADJUDGED, AND DECREED**, that the plaintiff's motion is hereby **GRANTED**. It is further **ORDERED, ADJUDGED, AND DECREED** that pursuant to Fed. R. Civ. P. 16(f) and 37(c) and Fed. R. Evid. 702 Keyhill Sheorn, M.D. is excluded and shall not be permitted to testify. Further:

As this Court **FINDS** that Mr. Brandon Tatum substantially lacks the qualifications to opine on as an expert on law enforcement and use of force matters, and the prejudicial effect that any opinion testimony he would offer substantially outweigh any probative value, and that such opinion testimony would confuse and mislead the jury, it is further **ORDERED, ADJUDGED,**

**AND DECREED** that pursuant to Fed. R. Evid. 402, 403, and 702 Brandon Tatum is excluded and shall not be permitted to testify.

**It Is So Ordered.**

Entered this _____ day of _____, 2022

By:_____
The Honorable Roderick C. Young,
United States District Judge.