IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Caron Nazario**          )
    *Plaintiff*,     )
v.              )  Civil Action No. 2:21-cv-00169
              )
**Joe Gutierrez, et. al.**     )
              )
   *Defendants*   )

## PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT TESTIMONY OF DEFENDANT GUTIERREZ'S EXPERT WITNESSE

COMES NOW, the plaintiff, Lt. Caron Nazaro, by Counsel, moves this court, pursuant to Fed. R. Evid. 402, 403, and 702 to exclude or limit the proposed testimony of defendant Gutierrez's proffered expert in this matter and in support thereof the Plaintiff specifically refers the Court to his memorandum in support filed herewith.

**January 17, 2022**

         **Respectfully submitted,**

        By: /s/ Jonathan M. Arthur, Esq.
          Counsel

         Jonathan M. Arthur, Esq. VSB # 86323
         j.arthur@robertslaw.org
         Thomas H. Roberts, Esq. VSB # 26014
         tom.roberts@robertslaw.org
         Andrew T. Bodoh, Esq. VSB # 80143
         andrew.bodoh@robertslaw.org
         Thomas H. Roberts & Associates, P.C.
         105 South 1st Street
         Richmond, VA 23219
         (804) 991-2002 (Direct)
         (804) 783-2000 (Firm)
         (804) 783-2105 (Fax)
         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

Robert L. Samuel, Jr. (VSB No. 18605)
Richard H. Matthews (VSB No. 16318)
Anne C. Lahren (VSB No. 73125)
Bryan S. Peeples (VSB No. 93709)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

This the 17th day of January, 2022

                By: /s/ Jonathan M. Arthur, Esq.
                    Counsel
Jonathan M. Arthur, Esq. VSB # 86323
j.arthur@robertslaw.org
Thomas H. Roberts, Esq. VSB # 26014
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. VSB # 80143
andrew.bodoh@robertslaw.org
Thomas H. Roberts & Associates, P.C.
105 South 1st Street
Richmond, VA 23219
(804) 991-2002 (Direct)