IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| CARON NAZARIO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21CV169 (RCY) |
| | ) | |
| JOE GUTIERREZ, | ) | |
| *in his personal capacity*, and | ) | |
| DANIEL CROCKER, | ) | |
| *in his personal capacity*, | ) | |
| Defendants. | ) | |
| | ) | |

**MODIFIED SCHEDULING ORDER**

This matter is before the Court on the parties' Joint Status Report (ECF No. 88) and the January 26, 2022 Status Conference.  The jury trial SHALL be held in the Robinson-Merhige United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219. Further, it is hereby ORDERED that the Scheduling Order (ECF No. 39) shall be modified as follows:

| **Event** | **Original Deadline** | **Modified Deadline** |
|---|---|---|
| Independent Mental Examination ("IME") | | January 26, 2022 |
| IME Expert Opinion Disclosure | | February 9, 2022 |
| 26(a)(2)(b) IME Expert Designations | | February 11, 2022 |
| Depositions of IME Experts | | February 21, 2022 |
| IME *Daubert* Challenges | | March 9, 2022 |
| Opposition to IME *Daubert* Challenges | | March 14, 2022 |
| Reply in Support of IME *Daubert* Challenges | | March 18, 2022 |
| Non-Dispositive Motions | February 25, 2022 | April 1, 2022 |

| | | |
|---|---|---|
| Opposition to Non-Dispositive Motions | March 4, 2022 | April 8, 2022 |
| Reply in Support of Non-Dispositive Motions | March 8, 2022 | April 12, 2022 |
| Plaintiff's Discovery Designation, Witness, and Exhibit List | February 16, 2022 | March 23, 2022 |
| Defendant's Discovery Designation, Witness, and Exhibit List | February 25, 2022 | April 1, 2022 |
| Plaintiff's Rebuttal Witness List | March 4, 2022 | April 8, 2022 |
| Objections to Exhibits and Evidence | March 4, 2022 | April 8, 2022 |
| Written Factual Stipulations to be Filed with Clerk | March 7, 2022 | April 11, 2022 |
| Proposed Jury Instructions and *Voir Dire* | March 7, 2022 | April 11, 2022 |
| Joint Final Pretrial Order | March 10, 2022 | April 14, 2022 |

| **Event** | **Original Date** | **Modified Date** |
|---|---|---|
| Final Pretrial Conference | March 17, 2022, at 1:15 p.m. | April 21, 2022, at 1:15 p.m. |
| Jury Trial | March 28, 2022, at 9:30 a.m. | May 2, 2022, at 9:30 a.m. |

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/

Roderick C. Young
United States District Judge

Richmond, Virginia
Date: <u>January 26, 2022</u>

2