IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CARON NAZARIO,<br>    Plaintiff,<br><br>    v.<br><br>JOE GUTIERREZ,<br>*in his personal capacity,*<br>and<br>DANIEL CROCKER,<br>*in his personal capacity*,<br>    Defendants. | Civil Action No. 2:21CV169 (RCY) |

## ORDER

This matter is before the Court on Defendant Gutierrez's Motion to Dismiss Count IV (ECF No. 15), Defendant Crocker's Motion to Dismiss Count IV (ECF No. 19), and Plaintiff's Motion to Find Defendant Gutierrez's Answer Deficient (ECF No. 23). For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Defendant Gutierrez's Motion to Dismiss Count IV (ECF No. 15), DENIES Defendant Crocker's Motion to Dismiss Count IV (ECF No. 19), and DENIES Plaintiff's Motion to Find Defendant Gutierrez's Answer Deficient (ECF No. 23).

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: February 2, 2022