IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CARON NAZARIO,<br>    Plaintiff,<br><br>    v.<br><br>JOE GUTIERREZ,<br>*in his personal capacity,*<br>and<br>DANIEL CROCKER,<br>*in his personal capacity*,<br>    Defendants. | Civil Action No. 2:21CV169 (RCY) |

**ORDER**

This matter is before the Court on three motions: (1) Defendant Crocker's Motion for Summary Judgment (ECF No. 77); (2) Defendant Gutierrez's Motion for Summary Judgment (ECF No. 79); and (3) Plaintiff's Motion for Summary Judgment (ECF No. 81). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows: (1) Defendant Crocker's Motion for Summary Judgment (ECF No. 77) is GRANTED as to Counts I, II, and IV and DENIED as to the remaining counts; (2) Defendant Gutierrez's Motion for Summary Judgment (ECF No. 79) is GRANTED as to Counts I, II, and IV and DENIED as to the remaining counts; and (3) Plaintiff's Motion for Summary Judgment (ECF No. 81) is GRANTED as to Counts III and VIII against Defendant Crocker and DENIED as to the remaining Counts.

The parties are DIRECTED to contact the courtroom deputy of the undersigned within seven days of the date of this Order to set a status conference.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel accordingly

It is so ORDERED.

Richmond, Virginia
Date: August 9, 2022

/s/ *Rey*
Roderick C. Young
United States District Judge