IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **Caron Nazario** | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 2:21-cv-00169 |
| | ) | |
| **Joe Gutierrez, et. al.** | ) | |
| *Defendants*. | ) | |

**PLAINTIFF CARON NAZARIO
MOTION *IN LIMINE* REGARDING THE COURT'S QUALIFIED IMMUNITY
RULINGS ON COUNTS I, II, and IV.**

COMES NOW the Plaintiff, Caron Nazario, by counsel, and for the reasons more fully stated in his accompanying brief, moves this honorable court to prohibit the defendants, defendant Daniel Allen Crocker's counsel and/or defendant Joseph Raymond Gutierrez's counsel, or any of their witness from mentioning or using in argument the courts determinations regarding qualified immunity for Counts I, II, and IV of the Complaint (**DOCS. 114 and 115**) during the trial as a matter of law.  An order is attached hereto as **Attachment A**.  Plaintiff Caron Nazario asks that this matter be decided on the papers unless the Court deems a hearing necessary.

**November 14, 2022**

                                              **Respectfully submitted,**

                                              By: __/s/  Jonathan M. Arthur, Esq.__
                                              Counsel

                                              Jonathan M. Arthur, Esq. VSB # 86323
                                              j.arthur@robertslaw.org
                                              Thomas H. Roberts, Esq. VSB # 26014
                                              tom.roberts@robertslaw.org
                                              Andrew T. Bodoh, Esq. VSB # 80143
                                              andrew.bodoh@robertslaw.org
                                              Thomas H. Roberts & Associates, P.C.
                                              105 South 1st Street
                                              Richmond, VA 23219

(804) 991-2002 (Direct)
(804) 783-2000 (Firm)
(804) 783-2105 (Fax)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
Jessica Swauger, Esq.
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
jswauger@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

Robert L. Samuel, Jr. (VSB No. 18605)
Richard H. Matthews (VSB No. 16318)
Anne C. Lahren (VSB No. 73125)
Bryan S. Peeples (VSB No. 93709)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

This the 14th day of November, 2022

By: /s/ Jonathan M. Arthur, Esq.
Counsel