UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| **Caron Nazario** | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. 2:21-cv-00169 |
| | : | |
| **Joe Gutierrez**, | : | JURY DEMANDED BY |
| *In his personal capacity* | : | PLAINTIFF |
| | : | |
| and | : | |
| **Daniel Crocker** | : | |
| *In his personal capacity,* | : | |
| *Defendants.* | : | |

### DEFENDANT DANIEL CROCKER'S MOTION IN *LIMINE* TO EXCLUDE REFERENCES TO METALLICA "RIDE THE LIGHTNING" ALBUM AND TITLE TRACK

NOW COMES Defendant, Daniel Crocker ("Crocker"), by counsel, and move this Court to exclude references to Metallica's "Ride the Lightning" album, title track, and/or song lyrics as irrelevant, non-probative and prejudicial evidence for the reasons set forth in the accompanying memorandum of law. A proposed Order is attached as Exhibit A.

Respectfully submitted this 14th day of November, 2022.

**DANIEL CROCKER**

By: /s/ Anne C. Lahren

Robert L. Samuel, Jr., Esq.
Virginia State Bar No. 18605
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 502-7338 – Telephone
(757) 497-1914 – Facsimile
Email: rsamuel@pendercoward.com
*Counsel for Daniel Crocker*

Richard H. Matthews, Esq.
Virginia State Bar No. 16318

***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6256 – Telephone
(757) 497-1914 – Facsimile
Email: rmatthew@pendercoward.com
*Counsel for Daniel Crocker*

Anne C. Lahren, Esq.
Virginia State Bar No. 73125
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Daniel Crocker*

Bryan S. Peeples, Esq.
Virginia State Bar No. 93709
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6283 – Telephone
(757) 5020-7380 – Facsimile
E-Mail: bpeeples@pendercoward.com
*Counsel for Daniel Crocker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of November, I will electronically file the foregoing *MOTION IN LIMINE* with the Clerk of Court using the CM/ECF system, which will then notification of such electronic filing (NEF) to the following:

Jonathan M. Arthur, Esq (VSB# 86323)
j.arthur@robertslaw.org
Thomas H. Roberts, Esq. (VSB# 26014)
Tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB# 80143)
Andrew.bodoh@robertslaw.org
15 South First Street
Richmond, VA 23219
(804) 991-4308 (Direct)
(804) 783-2000 (Firm)
(804) 783-2105 (Fax)
*Counsel for the Plaintiff*

John B. Mumford, Jr. (VSB No. 38764)

Coreen A. Silverman (VSB No. 43873)
Jessica A. Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

                    */s/ Anne C. Lahren*
Anne C. Lahren, Esq.
Virginia State Bar No. 73125
**Pender & Coward, P.C.**
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
(757) 490-6293 – Telephone
(757) 502-7370 – Facsimile
Email: alahren@pendercoward.com
*Counsel for Daniel Crocker*