IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| CARON NAZARIO,<br><br>Plaintiff,<br><br>v.<br><br>JOE GUTIERREZ, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:21-cv-00169-RCY-LRL<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT JOE GUTIERREZ'S EXHIBIT LIST**

Defendant Joe Gutierrez ("Gutierrez" or "Defendant"), through counsel, hereby submits his exhibit list pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling Order dated September 15, 2022 [D.E. 119].

**I.      EXHIBITS**

Documents Gutierrez intends to introduce into evidence at trial.

| Ex. No. | Description | Bates Range |
|---|---|---|
| 1 | New York State Expired In-Transit Permit | CN4536-4537 |
| 2 | Defendant Gutierrez's Body Worn Camera Video | CN3 |
| 3 | Defendant Crocker's Body Worn Camera Video | CN4-5 |
| 4 | Expert Report of Scott Sautter, Ph.D. |  |
| 5 | Expert Report of Keyhill Sheorn, M.D. |  |

| | | |
|---|---|---|
| 6 | Expert Report of Kenneth Wallentine | |
| 7 | Expert Report of Brandon Tatum | |
| 8. | DMV News Release, September 1, 2020 | |

II. **DISCOVERY**

Gutierrez intends to read into evidence Plaintiff Nazario's Answers to Defendant Gutierrez's Requests for Admission Nos. 1, 4, 19, 20, and 23 without objections.

III. Gutierrez reserves the right to introduce any additional documents as needed for impeachment or rebuttal purposes.

Respectfully Submitted,

**JOE GUTIERREZ**

/s/ Coreen A. Silverman
John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
Jessica A. Swauger (VSB No. 89612)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
jswauger@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Defendant Joe Gutierrez*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jonathan M. Arthur, Esq. (VSB No. 86323)<br>Thomas H. Roberts, Esq. (VSB No. 26014)<br>Andrew T. Bodoh, Esq. (VSB No. 80143)<br>THOMAS H. ROBERTS & ASSOCIATES, P.C.<br>105 South 1st Street<br>Richmond, Virginia 23219<br>Telephone: (804) 783-2000<br>Facsimile: (804) 783-2105<br>j.arthur@robertslaw.org<br>tom.roberts@robertslaw.org<br>andrew.bodoh@robertslaw.org<br>*Counsel for Plaintiff Caron Nazario* | Robert L. Samuel, Jr. (VSB No. 18605)<br>Richard H. Matthews (VSB No. 16318)<br>Anne C. Lahren (VSB No. 73125)<br>Bryan S. Peeples (VSB No. 93709)<br>PENDER & COWARD<br>222 Central Park Avenue, Suite 400<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 490-6293<br>Facsimile: (757) 502-7370<br>rsamuel@pendercoward.com<br>rmatthew@pendercoward.com<br>alahren@pendercoward.com<br>bpeeples@pendercoward.com<br>*Counsel for Defendant Daniel Crocker* |

/s/ Coreen A. Silverman
Coreen A. Silverman (VSB No. 43873)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
csilverman@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Defendant Joe Gutierrez*