IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CARON NAZARIO,                          )
      Plaintiff,                       )
                          )
           v.                       )      Civil Action No.  2:21CV169 (RCY)
                          )
JOE GUTIERREZ,                          )
*in his personal capacity,*             )
                          )
and                                     )
                          )
DANIEL CROCKER,                         )
*in his personal capacity*              )
      Defendants.                      )
_____   )

## ORDER

Having weighed the arguments presented by counsel at the final pretrial conference on

December 20, 2022, and for the reasons stated on the record, the Court rules as follows:

- Plaintiff's objection to Defendant Gutierrez's Exhibit No. 1[1] is OVERRULED;

- Plaintiff's objection to Defendant Gutierrez's Exhibit No. 8 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Exhibit No. 3 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Exhibit No. 4 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Exhibit No. 5 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Exhibit No. 8 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Reserve Exhibit No. 1 is DEFERRED

---

[1] This order identifies parties' exhibits by the numbers used in the Parties' Jointly Filed Objections to Proposed Exhibits (ECF No. 193-1).

UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Reserve Exhibit No. 2 is DEFERRED UNTIL TRIAL;

- Plaintiff's objection to Defendant Crocker's Reserve Exhibit No. 3 is SUSTAINED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 1 are OVERRULED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 2 are OVERRULED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 8 are OVERRULED;

- Defendant Gutierrez's objection to Plaintiff's Exhibit 11 is WITHDRAWN[2];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 22 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 27 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 33 are SUSTAINED[3];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 34 are SUSTAINED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 35 are SUSTAINED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 36 are SUSTAINED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 37 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 40 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 42 are

---

[2] Defendant Gutierrez withdrew this objection at the Final Pre-trial Conference.
[3] Plaintiff withdrew this exhibit prior to ruling by the Court.

DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Exhibit 46 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 47 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 48 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 49 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 50 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Exhibit 54 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Exhibit 59 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Exhibit 60 is WITHDRAWN[4];

- Defendant Gutierrez's objection to Plaintiff's Exhibit 61 is OVERRULED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 62 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 63 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 64 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 71 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 75 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 77 are OVERRULED IN PART AND DEFERRED IN PART[5];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 79 are

---

[4] Defendant Gutierrez withdrew this objection at the Final Pre-trial Conference.
[5] Objections to the invoices are overruled. Objections to the Progress Notes are deferred until trial.

OVERRULED IN PART AND DEFERRED IN PART[6];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 84 are OVERRULED IN PART AND DEFERRED IN PART[7];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 85 are OVERRULED IN PART AND DEFERRED IN PART[8];

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 87 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 88 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Exhibit 91 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit 1 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 4 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 8 is DEFERRED UNTIL TRIAL;

- Defendant Crocker's objection to Plaintiff's Reserve Exhibit 9 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 10 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 11 is DEFERRED UNTIL TRIAL;

- Defendant Crocker's objection to Plaintiff's Reserve Exhibit 13 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 16 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit

---

[6] Objections to the invoices are overruled. Objections to the Progress Notes are deferred until trial.
[7] Objections to the invoices are overruled. Objections to the Progress Notes are deferred until trial.
[8] Objections to the invoices are overruled. Objections to the Progress Notes are deferred until trial.

17 are OVERRULED;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit 18 are WITHDRAWN[9];

- Defendant Crocker's objection to Plaintiff's Reserve Exhibit 19 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit 20 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit 21 are DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's objection to Plaintiff's Reserve Exhibit 22 is DEFERRED UNTIL TRIAL;

- Defendant Gutierrez's and Defendant Crocker's objections to Plaintiff's Reserve Exhibit 23 are DEFERRED UNTIL TRIAL;

Let the Clerk file this order electronically and notify counsel accordingly.

It is so ORDERED.

_____ /s/

Roderick C. Young
United States District Judge

Richmond, Virginia
Date: December 22, 2022

---

[9] Both Defendant Gutierrez and Defendant Crocker withdrew their objections during the Final Pre-trial Conference.