**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| **Caron Nazario** | ) | |
|                 *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 2:21-cv-00169 |
| | ) | |
| **Joe Gutierrez,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Daniel Crocker,** | ) | |
|                 *Defendants*. | ) | |

**PLAINTIFF CARON NAZARIO'S REVISED DEPOSITION DESIGNATIONS**

COMES NOW the Plaintiff, Caron Nazario by counsel and tenders revisions to deposition designations for Defendant Gutierrez and Defendant Crocker.

The revised designations for defendant Crocker are attached hereto as Exhibit 1.

The revised designations for defendant Gutierrez are attached hereto as Exhibit 2.

The altered parts appear in ~~strikethrough~~ showing the original that was altered. The alterations appear in red.

**January 07, 2023.**

                **Respectfully submitted,**

                By: /s/ Jonathan M. Arthur, Esq.
                          Counsel

                Jonathan M. Arthur, Esq. VSB # 86323
                j.arthur@robertslaw.org
                Thomas H. Roberts & Associates, P.C.
                105 South 1st Street
                Richmond, VA 23219
                (804) 991-4308 (Direct)
                (804) 783-2000 (Firm)
                (804) 783-2105 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

John B. Mumford, Jr. (VSB No. 38764)
Coreen A. Silverman (VSB No. 43873)
Jessica Swauger, Esq.
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jmumford@hancockdaniel.com
csilverman@hancockdaniel.com
jswauger@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

Robert L. Samuel, Jr. (VSB No. 18605)
Richard H. Matthews (VSB No. 16318)
Anne C. Lahren (VSB No. 73125)
Bryan S. Peeples (VSB No. 93709)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

This the 7th day of January 2023

By: /s/ Jonathan M. Arthur, Esq.
      Counsel