*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
*NORFOLK DIVISION*

**Tuesday, January 10, 2023**

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Roderick C. Young, USDJ

**Courtroom Deputy:** Julie Jones
**Law Clerk:** Kimberly Quick          **Reporter:** Tracy Stroh, OCR

| Set: 9:15 a.m. | Started: 8:54 a.m. | Ended: 5:19 p.m. |
|---|---|---|

| 2:21cv169   Nazario v. Gutierrez, et al. (Day 2) |
|---|
| |
| **Appearances:**<br>Plaintiff: Jonathan Arthur and Thomas Roberts appeared on behalf of plaintiff. Plaintiff present.<br><br>Defendants: Jessica Swauger and Coreen Silverman appeared on behalf of defendant Gutierrez. Anne Lahren, Richard Matthews and Bob Samuel appeared on behalf of defendant Crocker. Defendants present. |
| |
| Matter came on for continuation of trial by jury. |
| Out of the presence of the jury, court took bench to deal with administrative matters. Counsel heard regarding issues stated on the record. Court ruled as stated on the record. |
| All jurors (9) present. |
| Plaintiff continued presenting evidence. Objections argued and rulings made. |
| Jurors excused until 9:30 a.m., on 1/11/2023. |
| Out of presence of jury, court directed counsel to meet and confer this evening regarding redactions. |
| Counsel excused until 9:00 a.m., on 1/11/2023. |
| |
| |
| Lunch: 12:25 p.m. – 1:36 p.m. |
| |