The jury would like to stay until 5:30 today, and plan to come back on Tuesday to complete any unfinished deliberation.

#88