*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
*NORFOLK DIVISION*

**Tuedy, January 17, 2023**

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Roderick C. Young, USDJ

**Courtroom Deputy:** Julie Jones
**Law Clerk:** Kimberly Quick                                     **Reporter:** Tracy Stroh, OCR

| Set: 9:00 a.m. | Started: 9:04 a.m.; | Ended: 9:07 a.m.; |
|---|---|---|
| | 1:57 p.m.; | 2:09 p.m.; |
| | 3:01 p.m.; | 3:14 p.m. |

2:21cv169      Nazario
                    v.
               Gutierrez, et al. (Day 6)

**Appearances:**
Plaintiff: Jonathan Arthur and Thomas Roberts appeared on behalf of plaintiff. Plaintiff present.

Defendants: Jessica Swauger and Coreen Silverman appeared on behalf of defendant Gutierrez. Anne Lahren, Richard Matthews and Bob Samuel appeared on behalf of defendant Crocker. Defendants present.

Matter came on for continuation of trial by jury.

All jurors (9) present.

The jury retired with instructions to continue their deliberations.

The court took the bench to answer questions of jury. Out of the presence of the jury, Court heard counsel on court's proposed instructions in response to questions. In presence of jury, Court instructed jury as stated on the record and instructed the jury to retire to continue their deliberations.

Later, the jury returned with their verdict.

Verdict form read into the record and filed in open court.

The court directed the clerk to enter judgment in favor of the plaintiff.

Court to enter briefing schedule for post-trial motions.

Court adjourned.