✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **VIRGINIA - NORFOLK DIVISION**

Nazario

v.

Gutierrez, *et al.*

## EXHIBIT AND WITNESS LIST

Case Number:  2:21cv169

| PRESIDING JUDGE<br>**Roderick C. Young** | PLAINTIFF'S ATTORNEYS<br>Jonathan Arthur<br>Thomas Roberts | DEFENDANTS' ATTORNEYS<br>Jessica Swauger & Coreen Silverman<br>Anne Lahren, Richard Matthews & Bob Samuel |
|---|---|---|
| | COURT REPORTER<br>Tracy Stroh, OCR | COURTROOM DEPUTY<br>J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 1/9/23 | | | **Caron Nazario** |
| x | | 1/9/23 | P1 | ADM | Nazario Oath |
| x | | 1/9/23 | P3 | N/A | Award Order – Funeral Duty |
| x | | 1/9/23 | P11 | ADM | Nazario Temp Tag |
| x | | 1/9/23 | P4 | ADM | Nazario Video |
| x | | 1/9/23 | P6 | ADM | Crocker's body worn camera - 1 |
| x | | 1/9/23 | P8 | ADM | Gutierrez's body worn camera |
| x | | 1/9/23 | P7 | ADM | Crocker body worn camera -2 |
| | | | | | |
| x | | 1/10/23 | | | **Caron Nazario (continued)** |
| x | | 1/10/23 | P23 | ADM | DFAS Pay Scale |
| x | | 1/10/23 | P26 | ADM | Nazario Army W-2 |
| x | | 1/10/23 | P94 | ADM | Virginia Statutory Life Expectancy Chart |
| | | 1/10/23 | | | **Cross-examination (Gutierrez)** |
| x | | 1/10/23 | P11 | AA | Nazario Temp Tag |
| | | 1/10/23 | | | **Cross-examination (Crocker)** |
| x | | 1/10/23 | P4 | AA | Nazario Video |
| | | 1/10/23 | | | **Redirect** |
| x | | 1/10/23 | P14 | ADM | Employer Deployment Memo |
| x | | 1/10/23 | | | **Daniel Crocker (by deposition)** |
| x | | 1/10/23 | P32 | ADM | Crocker Oath of Office |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA - NORFOLK DIVISION

Nazario

v.

Gutierrez, *et al.*

## EXHIBIT AND WITNESS LIST

Case Number: 2:21cv169

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| **Roderick C. Young** | Jonathan Arthur<br>Thomas Roberts | Jessica Swauger & Coreen Silverman<br>Anne Lahren, Richard Matthews & Bob Samuel |
|  | COURT REPORTER<br>Tracy Stroh, OCR | COURTROOM DEPUTY<br>J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x |  | 1/10/23 |  |  | **Daniel Crocker (by deposition – continued)** |
| x |  | 1/10/23 | P28 | ADM | Baseline IBR 2020.12.05 |
| x |  | 1/10/23 | P30 | ADM | Witness Subpoena Request |
| x |  | 1/10/23 | P31 | ADM | Text Messages – Gutierrez and Crocker |
| x |  | 1/10/23 | P29 | ADM | Event Data Report 2020.12.05 |
| x |  | 1/10/23 | P33 | ADM | Crocker's Answers to ROG 1 and 11 and RFAs |
| x |  | 1/10/23 | P34 | ADM | Crocker Supplemental Answers to ROG 1 and 11 |
| x |  | 1/10/23 | P70 | ADM | Crocker Remedial Training Memo – Town of Windsor Police Department |
| x |  | 1/10/23 | P100 | ADM for record only | Transcript of Excerpts of Deposition of Daniel Alan Crocker |
| x |  | 1/10/23 |  |  | **Joseph Gutierrez (deposition by proxy)** |
| x |  | 1/10/23 | P37 | ADM | Chesapeake Virginia Academy Report Card |
| x |  | 1/10/23 | P38 | ADM | Answer to ROGS 1 and 14 |
| x |  | 1/10/23 | P39 | ADM | Answers to ROGS 1 and 14 Supplemented |
| x |  | 1/10/23 | P40 | ADM | Gutierrez Oath of Office |
| x |  | 1/10/23 | P41 | ADM | Gutierrez Resume |
| x |  | 1/10/23 | P35 | ADM | Gutierrez Incident Report Narrative 2020.12.05 |
| x |  | 1/10/23 | P29 | AA | Event Data Report 2020.12.05 |
| x |  | 1/10/23 | P31 | AA | Text Messages – Gutierrez and Crocker |
| x |  | 1/10/23 | P42 | ADM | Windsor Internal Affairs Findings and Gutierrez Sanction |
| x |  | 1/10/23 | P35 | AA | Gutierrez Incident Report Narrative 2020.12.05 |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA - NORFOLK DIVISION

Nazario

v.

Gutierrez, *et al.*

**EXHIBIT AND WITNESS LIST**

Case Number: 2:21cv169

| PRESIDING JUDGE<br>**Roderick C. Young** | PLAINTIFF'S ATTORNEYS<br>Jonathan Arthur<br>Thomas Roberts | DEFENDANTS' ATTORNEYS<br>Jessica Swauger & Coreen Silverman<br>Anne Lahren, Richard Matthews & Bob Samuel |
|---|---|---|
| | COURT REPORTER<br>Tracy Stroh, OCR | COURTROOM DEPUTY<br>J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 1/10/23 | | | **Sadie Madu** |
| | | 1/10/23 | | | **Cross-examination (Gutierrez)** |
| | | 1/10/23 | | | **Redirect** |
| x | | 1/10/23 | | | **Dr. Shaun Utsey (designated as expert)** |
| x | | 1/10/23 | P47 | ADM | Dr. Utsey Invoices |
| x | | 1/10/23 | P46 | ADM | Dr. Utsey Progress Notes |
| x | | 1/10/23 | P48 | ADM | Nazario BAI Test |
| x | | 1/10/23 | P49 | ADM | Nazario BDI-II Test |
| x | | 1/10/23 | P51 | ADM | Nazario LEC-5 Test |
| x | | 1/10/23 | P52 | ADM | Nazario MMSE Test and PHQ-9 |
| | | 1/10/23 | | | **Cross-examination (Gutierrez)** |
| | | 1/10/23 | | | **Cross-examination (Crocker)** |
| | | 1/10/23 | | | **Redirect** |
| x | | 1/10/23 | P50 | ADM | Bates #CN-005012 – Criterion A page of Nazario CAPS-5 Test |
| | | | | | |
| x | | 1/11/23 | | | **Dr. James Sellman (designated as expert)** |
| x | | 1/11/23 | P53 | ADM | Dr. Sellman Invoices |
| | | 1/11/23 | | | **Cross-examination (Gutierrez)** |
| | | 1/11/23 | | | **Cross-Examination (Crocker)** |
| | x | 1/11/23 | DC22 | ADM | Dr. Sellman's Progress Notes – Bates #CN-005795 and #CN-005796 |
| | | 1/11/23 | | | **Redirect** |

3

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA - NORFOLK DIVISION

Nazario

v.

Gutierrez, *et al.*

**EXHIBIT AND WITNESS LIST**

Case Number: 2:21cv169

| PRESIDING JUDGE<br>**Roderick C. Young** | PLAINTIFF'S ATTORNEYS<br>Jonathan Arthur<br>Thomas Roberts | DEFENDANTS' ATTORNEYS<br>Jessica Swauger & Coreen Silverman<br>Anne Lahren, Richard Matthews & Bob Samuel |
|---|---|---|
| | COURT REPORTER<br>Tracy Stroh, OCR | COURTROOM DEPUTY<br>J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 1/11/23 | | | **Mark G. Bong, Esq. (designated as expert)** |
| | | 1/11/23 | | | **Cross-examination (Gutierrez)** |
| | | 1/11/23 | | | **Cross-examination (Crocker)** |
| | | 1/11/23 | | | **Redirect** |
| | x | 1/11/23 | | | **Joe Gutierrez** |
| | | 1/11/23 | | | **Cross-examination** |
| | | 1/11/23 | | | **Redirect** |
| | x | 1/11/23 | | | **Caron Nazario** |
| | | 1/11/23 | | | **Cross-examination** |
| | | 1/11/23 | | | **Redirect** |
| | x | 1/11/23 | | | **Daniel Crocker** |
| | x | 1/11/23 | DC 20 | ADM as demo | Daniel Crocker Video Dated December 28, 2021 |
| | | 1/11/23 | | | **Cross-examination** |
| x | | 1/11/23 | P6 | AA | Crocker's body worn camera - 1 |
| | x | 1/11/23 | DC20 | AA as demo | Daniel Crocker Video Dated December 28, 2021 |
| | | 1/11/23 | | | **Redirect** |
| | | | | | |
| | x | 1/12/23 | | | **Dr. Keyhill Sheorn (designated as expert)** |
| | | 1/12/23 | | | **Cross-examination** |
| | | 1/12/23 | | | **Redirect** |

4

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **VIRGINIA - NORFOLK DIVISION**

Nazario

v.

Gutierrez, *et al.*

**EXHIBIT AND WITNESS LIST**

Case Number: 2:21cv169

| PRESIDING JUDGE<br>**Roderick C. Young** | PLAINTIFF'S ATTORNEYS<br>Jonathan Arthur<br>Thomas Roberts | DEFENDANTS' ATTORNEYS<br>Jessica Swauger & Coreen Silverman<br>Anne Lahren, Richard Matthews & Bob Samuel |
|---|---|---|
| | COURT REPORTER<br>Tracy Stroh, OCR | COURTROOM DEPUTY<br>J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | x | 1/12/23 | | | **Brandon Tatum (designated as expert)** |
| x | | 1/12/23 | P7 | AA | Crocker body worn camera -2 |
| | | 1/12/23 | | | **Cross-examination** |
| | x | 1/12/23 | | | **Kenneth Wallentine (designated as expert)** |
| | | 1/12/23 | | | **Cross-examination** |
| | | 1/12/23 | | | **Redirect** |
| x | | 1/12/23 | | | **Rodney Riddle** |
| x | | 1/12/23 | P44 | ADM | Windsor Traffic Law Enforcement |
| x | | 1/12/23 | | | **Mark G. Bong, Esq.** |
| | | | | | |
| x | | 1/13/23 | | | **Lieutenant Colonel Charles Rienhold** |
| | | 1/13/23 | | | **Cross-examination (Gutierrez)** |
| | | 1/13/23 | | | **Redirect** |