FOR QUESTIONS 5, 7, 11, 12:

ARE WE ALLOWED TO AWARD ZERO DOLLARS IN DAMAGES?

JUROR #8
FOREMAN

For Question #8.

Should the 2nd sentence under Yes/No, beginning with "If you answered "No"", say "skip to Question #11"?
(it currently says "skip to Question #12")
Otherwise it seems we would never go to Question #11.

JUROR #88
FOREMAN