IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CARON NAZARIO,

v.   Case No.: 2:21cv169

JOE GUTIERREZ, *et al.*

**O R D E R**

The jurors in the above entitled case having been sequestered from Tuesday, January 10, 2023 through Tuesday, January 17, 2023, **IT IS ORDERED** that the United States Marshal furnish the jury meals at the expense of the United States, submitting the bills to the Clerk of this Court for payment.

/s/
Roderick C. Young
United States District Judge

Date: January 17, 2023
Richmond, Virginia