# UNITED STATES DISTRICT COURT
_____EASTERN DISTRICT OF VIRGINIA_____

Norfolk Division

CARON NAZARIO,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:21cv169

JOE GUTIERREZ., *et al*.,

    Defendants.

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff, Caron Nazario, recover of defendant Daniel Crocker, the sum of One Thousand and 00/100 Dollars ($1,000.00) in punitive damages for the Illegal Search (Virginia Law) claim.

    **IT IS ORDERED AND ADJUDGED** that plaintiff, Caron Nazario, recover of defendant Joseph Gutierrez, the sum of Two Thousand Six Hundred Eighty Five and 00/100 Dollars ($2,685.00) in compensatory damages for the Assault Claim.

    **IT IS ORDERED AND ADJUDGED** that as to defendant, Daniel Crocker, that the plaintiff recover zero dollars ($0.00) for the Illegal Search (Fourth Amendment) Claim.

    **IT IS ORDERED AND ADJUDGED** that the action be dismissed on the merits as to defendant Joseph Gutierrez on the claims of Illegal Search (Virginia Law), False Imprisonment, and Battery, and that the action be dismissed on the merits as to defendant Daniel Crocker on the claims of False Imprisonment, Assault, and Battery.

Date: January 18, 2023
*Nunc Pro Tunc:* January 17, 2023

FERNANDO GALINDO, CLERK

By: _____/s/_____
                           Deputy Clerk

_____/s/_____
Roderick C. Young, U.S. District Judge

Form of judgment approved in accordance with Rule 58, FRCivP