

Virginia Beach    Suffolk    Chesapeake    www.pendercoward.com

Virginia Risk Sharing Association
P.O. Box 3239
Attm: Pam Jones
Glen Allen, VA 23058

January 24, 2023
**Invoice No.: 249998**

For Professional Services Rendered through January 24, 2023

| Matter | Professional Services | Expenses | Total |
|---|---|---|---|
| 210503 - VRSA/Windsor PD/Caron Nazario v. Joe Gutierrez & Daniel Crocker CLAIM No. 02-20-36807-1-LE | ███ | 28,966.19 | ███ |

**Current Invoice Total Amount Due** ███

Accounts Receivable Aging

| Total | 0-29 | 30-59 | 60-89 | 90-119 | 120+ |
|---|---|---|---|---|---|
| ███ | ███ | 0.00 | 0.00 | 0.00 | 0.00 |

Costs advanced include all costs incurred on your behalf and posted to your account through the date of this invoice. Costs incurred on your behalf but not yet posted to your account will be billed at a later date. Please include the invoice number and/or matter number with your payments.

Pender & Coward is dedicated to responsive, effective legal representation with a commitment to service, integrity and results.

Client Ref: 16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 1

Re: 210503 VRSA/Windsor PD/Caron Nazario v. Joe Gutierrez & Daniel Crocker CLAIM No. 02-20-36807-1-LE

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|---|---|---|---|



Client Ref:   16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 2

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref:   16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 3

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-----------|------|



## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref:    16984 - 210503
Invoice No.: 249998

January 24, 2023
Page 6

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref:   16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 7

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|----|------|



Client Ref:   16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 8

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|----|------|



Client Ref: 16984 - 210503
Invoice No.: 249998

January 24, 2023
Page 9

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|----|----|



Client Ref:     16984 - 210503                                               January 24, 2023
Invoice No.: 249998                                                          Page 10

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref:    16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 11

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|---|---|---|---|



Client Ref: 16984 - 210503  
Invoice No.: 249998

January 24, 2023  
Page 12

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref: 16984 - 210503
Invoice No.: 249998

January 24, 2023
Page 13

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|---|---|---|---|



Client Ref:    16984 - 210503
Invoice No.: 249998

January 24, 2023
Page 14

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours |
|------|----|-------------|-------|



Client Ref:     16984 - 210503                                              January 24, 2023
Invoice No.: 249998                                                                   Page 15

## PROFESSIONAL SERVICES SUMMARY

| TK | | Rate | Hours |
|---|---|---|---|
| ESB | E. Sue Bryant | | |
| RHM | Richard H. Matthews | | |
| ACL | Anne C. Lahren | | |
| ACH | Andrew Harding | | |
| BSP | Bryan S. Peeples | | |
| RHJ | Ra Hee Jeon | | |
| RLS | Robert L Samuel, Jr. | | |

**Professional Services**

## Expenses

| Date | Description | Amount |
|---|---|---|
| 12/01/22 | Reproduction costs (SC) | 9.25 |
| 12/02/22 | Reproduction costs (SC) | 159.25 |
| 12/05/22 | Reproduction costs (SC) | 4.50 |
| 12/06/22 | Reproduction costs (SC) | 50.25 |
| 12/07/22 | Court reporter fee (HC) 19W8629-Nazario v Gutierrez, et al; INVOICE #5900;12/04/22;Check#12115 | 544.00 |
| 12/08/22 | Reproduction costs (SC) | 210.50 |
| 12/14/22 | Reproduction costs (SC) | 90.25 |
| 12/15/22 | Reproduction costs (SC) | 0.50 |
| 12/16/22 | Reproduction costs (SC) | 1.00 |
| 12/19/22 | Reproduction costs (SC) | 112.00 |
| 12/21/22 | Travel (HC) 19Y2838-Parking 12/20/22; INVOICE #12202022;12/20/22;Check#12086 | 10.45 |
| 12/22/22 | Reproduction costs (SC) | 7.75 |
| 12/23/22 | Reproduction costs (SC) | 2.25 |
| 12/27/22 | Reproduction costs (SC) | 1.50 |
| 12/28/22 | Reproduction costs (SC) | 55.00 |
| 12/29/22 | Reproduction costs (SC) | 0.75 |
| 12/30/22 | Reproduction costs (SC) | 3.00 |
| 12/30/22 | Meals Business (HC) 19Z0720-Lunch at Trial Prep Meeting with client; INVOICE #12282022;12/28/22;Check#12105 | 59.53 |
| 01/03/23 | Reproduction costs (SC) | 4.75 |
| 01/04/23 | Reproduction costs (SC) | 331.25 |
| 01/05/23 | Reproduction costs (SC) | 11.75 |
| 01/05/23 | Expert witness fee (HC) 19Z5052-Expert Witness Fee - Tatum; INVOICE #01052023;01/05/23;Check#12123 | 5,000.00 |
| 01/05/23 | Travel (HC) 19Z5060-Reimbursement to Brandon Tatum (Expert Witness) for Travel; INVOICE #01052023;01/05/23;Check#12124 | 2,708.40 |
| 01/06/23 | Reproduction costs (SC) | 328.75 |
| 01/09/23 | Reproduction costs (SC) | 93.00 |
| 01/10/23 | Reproduction costs (SC) | 0.75 |
| 01/12/23 | Reproduction costs (SC) | 0.75 |

Client Ref:   16984 - 210503                                              January 24, 2023
**Invoice No.: 249998**                                                            Page 16

## Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 01/13/23 | Overnight/Certified Delivery (HC) 1A02174-; INVOICE #0000281074013;01/07/23;Check#240224 | 15.94 |
| 01/16/23 | Travel (HC) 1A02848-Hotel costs for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12284 | 1,647.42 |
| 01/16/23 | Travel (HC) 1A02861-Hotel and valet costs for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12288 | 1,275.52 |
| 01/16/23 | Travel (HC) 1A02848-Hotel costs for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12284 | -1,647.42 |
| 01/16/23 | Travel (HC) 1A03432-Hotel costs for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12295 | 1,921.99 |
| 01/16/23 | Travel (HC) 1A03489-Hotel for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12296 | 4,434.00 |
| 01/16/23 | Meals Business (HC) 1A03489-Meals for Trial Team and client; INVOICE #01162023;01/16/23;Check#12296 | 971.68 |
| 01/16/23 | Travel (HC) 1A03540-Hotel for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12294 | 4,250.22 |
| 01/16/23 | Travel (HC) 1A03540-Mealsl for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12294 | 122.18 |
| 01/16/23 | Other Advanced Cost (HC) 1A03540-Portable Printer for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12294 | 381.57 |
| 01/16/23 | Other Advanced Cost (HC) 1A03540-Video editing for Federal Trial in Richmond; INVOICE #01162023;01/16/23;Check#12294 | 288.00 |
| 01/17/23 | Reproduction costs (SC) | 4.25 |
| 01/18/23 | Reproduction costs (SC) | 6.00 |
| 01/19/23 | Reproduction costs (SC) | 18.50 |
| 01/19/23 | Meals Business (HC) 1A05778-Meals during Federal Trial in Richmond; INVOICE #01192023;01/19/23 | 29.94 |
| 01/19/23 | Meals Business (HC) 1A05778-Meals during Federal Trial in Richmond; INVOICE #01192023;01/19/23 | -29.94 |
| 01/19/23 | Meals Business (HC) 1A05778-Meals during Federal Trial in Richmond; INVOICE #01192023;01/19/23;Check#12309 | 29.94 |
| 01/19/23 | Travel (HC) 1A06098-Reimbursement for Driving Nashville; INVOICE #01192023;01/19/23;Check#12315 | 169.20 |
| 01/20/23 | Reproduction costs (SC) | 2.25 |
| 01/23/23 | Reproduction costs (SC) | 1.00 |
| 01/23/23 | Professional Services (HC) 1A07221-For: Caron Nazario, Civil Action No.: 2:21-cv-00169; INVOICE #01232023;01/23/23;Check#12327 | 4,937.50 |
| 01/23/23 | Meals Business (HC) 1A07452-RHM-cc-Blue Talon Bistro Williamsburg (trial team meal); INVOICE #RHM12192022;12/19/22 | 106.26 |
| 01/23/23 | Meals Business (HC) 1A07458-RHM-cc-Second Street America Williamsburg (Trial team meal); INVOICE #RHM12202022;12/20/22 | 182.06 |
| 01/24/23 | Reproduction costs (SC) | 47.00 |
| **Expenses** | | **$28,966.19** |

Client Ref:    16984 - 210503    January 24, 2023
Invoice No.: 249998    Page 17

Current Invoice Total Amount Due    ███████

Balance Forward    ███████

Payments & Adjustments    ███████



Virginia Beach    Suffolk    Chesapeake    www.pendercoward.com

# Please return this page with remittance

to
Pender & Coward, PC
Attention: FSD
222 Central Park Ave., Ste.400
Virginia Beach, VA 23462-3026

| | |
|---|---|
| Invoice No.: | 249998 |
| Bill Date: | January 24, 2023 |
| Client Code: | 16984 |
| Client Name: | Virginia Risk Sharing Association |
| Matter Code: | 210503 |
| Matter Name: | VRSA/Windsor PD/Caron Nazario v. Joe Gutierrez & Daniel Crocker CLAIM No. 02-20-36807-1-LE |
| Responsible Attorney: | RHM |

**Current Invoice Total Amount Due**    [redacted]

Balance Forward    [redacted]

Payments & Adjustments    [redacted]

Amount enclosed: _____

Federal Tax ID No: 54-1447658

Please remit payments to:

Pender & Coward, PC
Attention: FSD
222 Central Park Ave., Ste. 400
Virginia Beach, VA 23462-3026
757-490-3000

Please include the invoice number or matter code above when making payments. We also accept payments online at
https://www.pendercoward.com/client-login/pay-my-invoice-or-consult-fee/
Or go to our homepage www.pendercoward.com and click on Client Login.