FILED: May 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1620
(2:21-cv-00169-RCY-LRL)

_____

CARON NAZARIO

       Plaintiff - Appellant

v.

JOE GUTIERREZ, In his Personal Capacity; DANIEL CROCKER, In his Personal Capacity

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                  /s/ NWAMAKA ANOWI, CLERK