FILED: July 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1620
(2:21-cv-00169-RCY-LRL)

_____

CARON NAZARIO

    Plaintiff - Appellant

v.

JOE GUTIERREZ, In his Personal Capacity; DANIEL CROCKER, In his Personal Capacity

    Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered May 31, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*