## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK/NEWPORT NEWS DIVISION
**Thursday, August 8, 2024**

**MINUTES OF PROCEEDINGS** IN   Open Court
**PRESENT**: THE HONORABLE   Roderick C. Young, United States District Judge
Courtroom Deputy: Julie Jones
Law Clerk:  Robert Nevin                                                    Reporter:  Tracy Stroh, OCR

| Set: 9:30 a.m. | Started: 9:28 a.m. | Ended: 9:38 a.m. |
|---|---|---|

Case No.   2:21cv169

Nazario

v.

Gutierrez, et al.

**Appearances:**
<u>Plaintiff:</u> Jonathan Arthur appeared on behalf of plaintiff. Plaintiff present.
<u>Defendant:</u> Jessica Swauger appeared on behalf of defendant Gutierrez. Anne Lahren appeared on behalf of defendant Crocker.

The matter came before the Court for a Status Conference on 8/8/2024 following remand from the Fourth Circuit Court of Appeals. Court reviewed procedural history of the case on the record. Court inquired of counsel regarding whether they intended to file a Petition for Writ of Certiorari. Counsel heard. Court also heard counsel regarding their pending motions for fees and/or costs. Court advised that it would dismiss plaintiff's current fees motions without prejudice and let the Fourth Circuit decide a similar pending issue, before having the parties re-file their motions for costs and/or fees as necessary. Court reviewed remanded issue with counsel and the scope of what would need to be re-tried. Counsel heard on their positions. Court advised that it would have counsel brief that issue. Court will not reset trial at this juncture. Following briefing, trial will be reset for a date in 2025 for reasons stated from bench. Court to issue Order. Court adjourned.