IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| CARON NAZARIO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|          v. | ) | Civil Action No. 2:21CV169 (RCY) |
| | ) | |
| JOE GUTIERREZ, | ) | |
| *in his personal capacity*, and | ) | |
| DANIEL CROCKER, | ) | |
| *in his personal capacity*, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court following the August 8, 2024 Status Conference. At the Status Conference, the Court first confirmed that no parties to this action intend to file a petition for a writ of certiorari with the Supreme Court.

Next, the Court addressed the presently pending motions for fees and costs (ECF Nos. 253, 255, and 257). For the reasons stated on the record at the Status Conference, these motions—Plaintiff's Motion for Fees and Costs (ECF No. 253), Defendant Crocker's Motion for Costs (ECF No. 255), and Defendant Gutierrez's Motion for Costs (ECF No. 257)—are hereby DENIED WITHOUT PREJUDICE. Once the Fourth Circuit rules on Plaintiff's pending Bill of Costs and Defendants' objections thereto, the parties are free to refile their motions for fees and costs and any related briefing, as necessary.

Finally, the Court explored the anticipated scope of trial moving forward. The Court instructed Plaintiff and Defendant Gutierrez[1] to meet and confer, and if possible, jointly file a Status Update outlining their position on this issue. To that end, the Plaintiff and Defendant

---

[1] Because the Fourth Circuit's decision only remanded for further proceedings a portion of Count I and only as to Defendant Gutierrez, *see Nazario v. Gutierrez*, 103 F.4th 213, 219, 232–33 (4th Cir. 2024), nothing remains to be tried as to Defendant Crocker.

Gutierrez are hereby ORDERED to file a Joint Status Update on or before August 22, 2024, outlining (1) what issues they believe remain to be tried, (2) what evidence they expect will be necessary, and (3) how many days they anticipate needing for trial. ALTERNATIVELY, if the parties are unable to file a Joint Status Update, Plaintiff is ORDERED to file a Status Update regarding the same three topics on or before August 29, 2024. Defendant Gutierrez shall file his response on or by September 12, 2024, and Plaintiff shall file his reply, if any, on or by September 18, 2024.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: August 8, 2024