IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CARON NAZARIO,<br>    Plaintiff,<br><br>        v.<br><br>JOE GUTIERREZ,<br>*in his personal capacity*, and<br>DANIEL CROCKER,<br>*in his personal capacity*,<br>    Defendants. | Civil Action No. 2:21CV169 (RCY) |

**ORDER**

This matter is before the Court on its own initiative. In light of this Court's prior Order (ECF No. 297), Plaintiff's Motion for Leave to File Supplement to His Attorneys' Fee Petition (ECF No. 292) is hereby DENIED WITHOUT PREJUDICE.

Let the Clerk file this order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: August 16, 2024