IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CARON NAZARIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:21-cv-00169-RCY-LRL |
| JOE GUTIERREZ, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendant Joe Gutierrez. I certify that I am admitted to practice in this court.

Dated: August 21, 2024

                Respectfully Submitted,

                **JOE GUTIERREZ**

                /s/ Sandra M. Douglas
                Sandra M. Douglas (VSB No. 28808)
                Hancock, Daniel & Johnson, P.C.
                4701 Cox Road, Suite 400
                Glen Allen, Virginia 23060
                sdouglas@hancockdaniel.com
                Telephone: (804) 967-9604
                Facsimile: (804) 967-9888
                *Counsel for Defendant Joe Gutierrez*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jonathan M. Arthur, Esq. (VSB No. 86323)<br>Thomas H. Roberts, Esq. (VSB No. 26014)<br>Andrew T. Bodoh, Esq. (VSB No. 80143)<br>THOMAS H. ROBERTS & ASSOCIATES, P.C.<br>105 South 1st Street<br>Richmond, Virginia 23219<br>Telephone: (804) 783-2000<br>Facsimile: (804) 783-2105<br>j.arthur@robertslaw.org<br>tom.roberts@robertslaw.org<br>andrew.bodoh@robertslaw.org<br>*Counsel for Plaintiff Caron Nazario* | Robert L. Samuel, Jr. (VSB No. 18605)<br>Richard H. Matthews (VSB No. 16318)<br>Anne C. Lahren (VSB No. 73125)<br>Bryan S. Peeples (VSB No. 93709)<br>PENDER & COWARD<br>222 Central Park Avenue, Suite 400<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 490-6293<br>Facsimile: (757) 502-7370<br>rsamuel@pendercoward.com<br>rmatthew@pendercoward.com<br>alahren@pendercoward.com<br>bpeeples@pendercoward.com<br>*Counsel for Defendant Daniel Crocker* |

/s/ Sandra M. Douglas
Sandra M. Douglas (VSB No. 28808)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
sdouglas@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Defendant Joe Gutierrez*