# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| **Caron Nazario,** | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 2:21-cv-00169 |
| | ) | |
| **Joe Gutierrez, et. al.** | ) | |
| *Defendants*. | ) | |

### PLAINTIFF CARON NAZARIO'S MOTION *IN LIMINE*

**COMES NOW,** the plaintiff, Lt. Caron Nazario, by counsel, for the reasons stated more fully in his accompanying brief, moves this honorable court to prohibit defendant Joseph Gutierrez's from using their proposed additional video footage beginning at roughly **82.7 at 18:39:02 to 18:39:08**.

An order is attached hereto as Attachment A. Plaintiff Nazario asks that this matter be decided on the papers unless the Court deems a hearing necessary.

**October 1, 2024**

                                **Respectfully submitted,**

                                By: /s/ Jonathan M. Arthur, Esq.
                                            Counsel

                                  Jonathan M. Arthur, Esq. VSB # 86323
                                  j.arthur@robertslaw.org
                                  Thomas H. Roberts, Esq. VSB # 26014
                                  tom.roberts@robertslaw.org
                                  Andrew T. Bodoh, Esq. VSB # 80143
                                  andrew.bodoh@robertslaw.org
                                  Thomas H. Roberts & Associates, P.C.
                                  105 South 1st Street
                                  Richmond, VA 23219
                                  (804) 991-2002 (Direct)
                                  (804) 783-2000 (Firm)
                                  (804) 783-2105 (Fax)
                                  *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

Jessica A Swauger (VSB No. 89621)
Sandra Douglas (VSB No. 28808)
John B. Mumford, Jr. (VSB No. 38764)
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jswauger@hancockdaniel.com
jmumford@hancockdaniel.com
sdouglas@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

Robert L. Samuel, Jr. (VSB No. 18605)
Richard H. Matthews (VSB No. 16318)
Anne C. Lahren (VSB No. 73125)
Bryan S. Peeples (VSB No. 93709)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

This the 1st day of October, 2024

By: /s/ Jonathan M. Arthur, Esq.
Counsel
Jonathan M. Arthur, Esq. VSB # 86323
j.arthur@robertslaw.org
Thomas H. Roberts, Esq. VSB # 26014
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. VSB # 80143
andrew.bodoh@robertslaw.org
Thomas H. Roberts & Associates, P.C.
105 South 1st Street
Richmond, VA 23219

(804) 991-2002 (Direct)
(804) 783-2000 (Firm)
(804) 783-2105 (Fax)
*Counsel for Plaintiff*