**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| CARON NAZARIO, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil No. 2:21cv169 (RCY) |
| JOE GUTIERREZ, *et al*., | ) | |
| *Defendants*. | ) | |

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

Due to a scheduling conflict, the Court **RESCHEDULES** the start time for the settlement conference in this case to **January 22, 2026** at **11:30 a.m.** At that time, the parties shall report to the chambers of Magistrate Judge Summer L. Speight. The requirements set forth in the Court's previous orders (ECF Nos. 334, 342) shall remain in effect.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/

Summer L. Speight
United States Magistrate Judge

Richmond, Virginia
Date: January 12, 2026