**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **Caron Nazario,** | ) | |
| ***Plaintiff*,** | ) | |
| **v.** | ) | **Civil Action No. 2:21-cv-00169** |
| | ) | |
| **Joe Gutierrez, et. al.** | ) | |
| ***Defendants*.** | ) | |

**PLAINTIFF'S RULE 41(a)(1)(A)(ii) Stipulation of Dismissal**

**COMES NOW**, Caron Nazario, the Plaintiff and files this Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation of dismissal. The dismissal shall be *with prejudice* and all parties shall bear their own costs and fees. Pursuant to *Kokkonen v. Guardian Life Ins. Co of America*, 511 U.S. 375 (1994) this Court shall retain jurisdiction in the event that any post-dismissal enforcement actions may be necessary.

**February 20, 2026**

**Respectfully submitted,**
**Caron Nazario**

/s/ Jonathan M. Arthur, Esq.
Counsel

Jonathan M. Arthur, Esq. (VSB 86323)
j.arthur@robertslaw.org
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Direct: 804-991-4308
Firm: 804-783-2000
Fax: 804-783-2105
*Counsel for Plaintiff*

**Seen and Agreed:**

/s/ Jessica Swauger, Esq.
Jessica A. Swauger (VSB No. 89612)
Megan Gosline, Esq. (VSB No. )
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jswauger@hancockdaniel.com
mgosline@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

/s/ Anne C Lahren, Esq.
Anne C. Lahren (VSB No. 73125)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

Jessica A. Swauger (VSB No. 89612)
Megan Gosline, Esq. (VSB No. )
HANCOCK DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Tel: (804) 967-9604
Fax: (804) 967-9888
jswauger@hancockdaniel.com
mgosline@hancockdaniel.com
*Counsel for Defendant Joe Gutierrez*

/s/ Anne C Lahren, Esq.
Anne C. Lahren (VSB No. 73125)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Tel: (757) 490-6293
Fax: (757) 502-7370
rsamuel@pendercoward.com
rmatthew@pendercoward.com
alahren@pendercoward.com
bpeeples@pendercoward.com
*Counsel for Defendant Daniel Crocker*

/s/ Jonathan M. Arthur, Esq.